**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>19-cv-01800 (LAK), 19-cv-01803 (LAK),<br>19-cv-01809 (LAK), 19-cv-01812 (LAK),<br>19-cv-01818 (LAK), 19-cv-01785 (LAK),<br>19-cv-01781 (LAK), 19-cv-01791 (LAK),<br>19-cv-01801 (LAK), 19-cv-01810 (LAK),<br>19-cv-01813 (LAK), 19-cv-01870 (LAK),<br>19-cv-01792 (LAK), 19-cv-01806 (LAK),<br>19-cv-01808 (LAK), 19-cv-01815 (LAK),<br>19-cv-01922 (LAK), 19-cv-01928 (LAK),<br>19-cv-01926 (LAK), 19-cv-01929 (LAK),<br>19-cv-01931 (LAK), 19-cv-01783 (LAK),<br>19-cv-01794 (LAK), 19-cv-01798 (LAK),<br>19-cv-10788 (LAK), 19-cv-01918 (LAK) | Master Docket 18-md-02865 (LAK)<br><br>ECF Case<br><br>**NOTICE OF JOINDER** |

PLEASE TAKE NOTICE that the defendants in the above captioned cases, Crucible Ventures LLC Roth 401(k) Plan, Limelight Global Productions LLC Roth 401(k) Plan, Plumrose Industries LLC Roth 401(k) Plan, Roadcraft Technologies LLC 401(k) Plan, True Wind Investments LLC Roth 401(k) Plan, Ronald Altbach, Albedo Management LLC Roth 401(k) Plan, Ballast Ventures LLC Roth 401(k) Plan, Fairlie Investments LLC Roth 401(k) Plan, Joseph Herman, Monomer Industries LLC Roth 401(k) Plan, Pinax Holdings LLC Roth 401(k) Plan, Sternway Logistics LLC Roth 401(k) Plan, Robin Jones, Eclouge Industry LLC Roth 401(k) Plan, First Ascent Worldwide LLC Roth 401(k) Plan, Loggerhead Services LLC Roth 401(k) Plan, PAB Facilities LLC Roth 401(k) Plan, Trailing Edge Productions LLC Roth 401(k) Plan, Perry Lerner, Cedar Hill Capital Investments LLC Roth 401(k) Plan, Fulcrum Productions LLC Roth 401(k) Plan, Green Scale Management LLC Roth 401(k) Plan, Keystone Technologies LLC Roth 401(k)

Plan, Tumba Systems LLC Roth 401(k) Plan, Edwin Miller, Bareroot Capital Investments LLC Roth 401(k) Plan, Battu Holdings LLC Roth 401(k) Plan, Cantata Industries LLC Roth 401(k) Plan, Dicot Technologies LLC Roth 401(k) Plan, Vanderlee Technologies Pension Plan and David Zelman (collectively, "Defendants") hereby join in and incorporate by reference the motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, filed on June 12, 2019 in Master Docket No. 18-MD-2865 (LAK) (ECF #134) and accompanying memorandum of law (ECF #135), declaration (ECF #139) and notice of intention to rely upon foreign law (ECF #140) filed by defendants Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, and Routt Capital Pension Plan (collectively, the "Markowitz Individual and Pension Plan Defendants").

For the reasons set forth in the Markowitz Individual and Pension Plan Defendants' motion to dismiss, accompanying memorandum of law and declaration in support thereof, the claims against Defendants should be dismissed, along with such other and further relief as the court deems just and proper.

Dated: New York, New York
June 12, 2019

MICHELLE A. RICE
KAPLAN RICE LLP
142 West 57th Street
Suite 4A
New York, NY 10019
(212) 333-0227
mrice@kaplanrice.com

*Attorney for Defendants Joseph Herman, David Zelman, Edwin Miller, Ronald Altbach, Perry Lerner, Robin Jones, Albedo Management LLC Roth 401(K) Plan, Ballast Ventures LLC Roth 401(K) Plan, Fairlie Investments LLC Roth 401(K) Plan, Bareroot Capital Investments LLC Roth 401(K) Plan, Battu Holdings LLC Roth 401K Plan, Cantata Industries LLC Roth 401(K) Plan, Dicot Technologies LLC Roth 401(K) Plan, Vanderlee Technologies Pension Plan, Cedar Hill Capital Investments LLC Roth 401(K) Plan, Fulcrum Productions LLC Roth 401(K) Plan, Green Scale Management LLC Roth 401(K) Plan, Keystone Technologies LLC Roth 401(K) Plan, Tumba Systems LLC Roth 401(K) Plan, Crucible Ventures LLC Roth 401(K) Plan, Limelight Global Productions LLC Roth 401(K) Plan, Plumrose Industries LLC Roth 401K Plan, Roadcraft Technologies LLC Roth 401(K) Plan, True Wind Investments LLC Roth 401(K) Plan, Eclouge Industry LLC Roth 401(K) Plan, First Ascent Worldwide LLC Roth 401(K) Plan, Loggerhead Services LLC Roth 401(K) Plan, PAB Facilities Global LLC Roth 401(K) Plan, Trailing Edge Productions LLC Roth 401(K) Plan, Monomer Industries LLC Roth 401(K) Plan, Pinax Holdings LLC Roth 401(K) Plan, and Sternway Logistics LLC Roth 401(K) Plan*