**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:
19-cv-01783.

---

MASTER DOCKET

18-md-2865 (LAK)

## JUDGMENT AS TO DEFENDANT RICHARD MARKOWITZ

**WHEREAS**, after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Skatteforvaltningen ("SKAT") has judgment against defendant Richard Markowitz on its fraud claim in the amount of $4,028,581.11, plus pre-judgment interest in the amount of $3,576,909.27, less the amount of $3,083,865.30 credited against the judgment, for a total judgment of $4,521,625.08, plus interest to accrue thereon at the rate prescribed by 28 U.S.C § 1961. There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of Court is directed to enter judgment in favor of SKAT accordingly; and it is further

**ORDERED, ADJUDGED, AND DECREED** that, without affecting the finality of this final judgment in any respect, the Court hereby reserves jurisdiction over such matters as may properly come before the Court, including enforcement of the judgment.

DATED: New York, New York

March 15, 2025

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

*Tammi M. Hellwig*
TAMMI M. HELLWIG
_____
Clerk of Court

BY:

_____
Deputy Clerk