**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to case nos.: 18-cv-
07828; 19-cv-01785; 19-cv-01867; 19-cv-
01893; 19-cv-01781; 19-cv-01783; 19-cv-
01866; 19-cv-01895; 19-cv-01794; 19-cv-
01865; 19-cv-01904; 19-cv-01798; 19-cv-
01869; 19-cv-01922; 19-cv-01800; 19-cv-
01788; 19-cv-01870; 18-cv-07827; 19-cv-
01791; 19-cv-01792; 19-cv-01928; 19-cv-
01926; 19-cv-01868; 18-cv-07824; 19-cv-
01929; 19-cv-01803; 19-cv-01806; 19-cv-
01906; 19-cv-01801; 19-cv-01894; 19-cv-
01808; 19-cv-01810; 19-cv-01809; 18-cv-
04833; 19-cv-01911; 19-cv-01898; 19-cv-
01812; 19-cv-01896; 19-cv-01871; 19-cv-
01813; 19-cv-01930; 18-cv-07829; 19-cv-
04434; 19-cv-01815; 19-cv-01818; 19-cv-
01931; 19-cv-01918; 19-cv-01873; 19-cv-
01924; 19-cv-10713; 21-cv-05339

MASTER DOCKET

18-md-2865 (LAK)

**NOTICE OF PLAINTIFF SKATTEFORVALTNINGEN'S**
**MOTION FOR ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICAL**
**ASSISTANCE TO OBTAIN EVIDENCE (LETTER ROGATORY)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated

May 2, 2024, and the Declaration of Marc A. Weinstein, dated May 2, 2024, with all exhibits

thereto, plaintiff Skatteforvaltningen, by its undersigned attorneys, will move the Court before

the Honorable Lewis A. Kaplan at the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, New York, Courtroom 21B, at a date and time to be determined by the

Court, for the issuance of a Request for International Judicial Assistance Pursuant to the Hague

Convention on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. §

1781(b)(2).

Dated: New York, New York
      May 2, 2024

                    HUGHES HUBBARD & REED LLP

                    By:    /s/ Marc A. Weinstein
                    Marc A. Weinstein
                    William R. Maguire
                    Neil J. Oxford
                    Gregory C. Farrell
                    One Battery Park Plaza
                    New York, New York 10004-1482
                    Telephone: (212) 837-6000
                    Fax:  (212) 422-4726
                    marc.weinstein@hugheshubbard.com
                    bill.maguire@hugheshubbard.com
                    neil.oxford@hugheshubbard.com
                    gregory.farrell@hugheshubbard.com

                    *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*