# Exhibit 27, Part 10 of 15

 **SYSTEMVEJLEDNING**

---

Transaktionen anvendes til at annullere et tegningsønske samme dag, som tegningsønsket er indrapporteret.

**Indrapportering hos kontoansvarlig**
Ved annullering af et tegningsønske skal følgende anføres i transaktionen:
- Anmeldelsesdato
- VP-kontonummer
- Oprindeligt transaktionsløbenummer

Løbenummeret for den oprindelige transaktion findes ved forespørgsel.

**Behandling i VP**
Tegningsønsket annulleres.

Ved annulleringen dannes:
| Uddata | Modtager |
|---|---|
| Fejloversigt | Kontoansvarlig |

## Rekvisition af samlet maksimal tegning

Transaktionen bruges til at meddele VP, pr. hvilken dato tegningsønsker uden en datoangivelse skal effektueres.

Rekvisitionen kan foretages af aftalehaver på aftalehaver- eller kontoansvarlig niveau.

**Indrapportering hos aftalehaver**
Rekvisitionen skal indrapporteres senest 2 afviklingsdage før tegningsdatoen.

Tegningsdato skal være en afviklingsdag i perioden:
1. tegningsdag til sidste tegningsdag, begge dage inklusive.

Rekvisitionen kan tilbagekaldes ved hjælp af transaktionen "Annullering af tegningsrekvisition".

Tegningsønsker, der er opdateret af en samlet tegning, kan ændres/nulstilles på afviklingsdagen før tegningsdagen.

**Behandling i VP**
Ved indrapportering af rekvisitionen dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

VP opdaterer tegningsdato på de VP-konti, hvor der er registreret et tegningsønske uden en tegningsdato.
Tegningsdatoen opdateres på VP-kontiene 2 afviklingsdage før tegningsdatoen i rekvisitionen.
Ved opdateringen af tegningsdatoen dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over tegninger i foreløbig dækningskontrol | Kontoansvarlig |
| Oversigt over manglende retter | Kontoansvarlig |
| Oversigt over overskydende retter | Kontoansvarlig |

 **SYSTEMVEJLEDNING**

## Rekvisition af maksimal tegning

Transaktionen bruges til at meddele VP, pr. hvilken dato der skal gennemføres tegning på de VP-konti, hvor der er registreret en beholdning af retter, og hvor der ikke er indlagt tegningsønsker med datoangivelse eller har været gennemført et tegningsønske.

Hvis et tegningsønske tidligere er gennemført, tegnes der ikke på eventuelt overskydende retter.

Rekvisition af maksimal tegning igangsætter samtidig en samlet tegning.

Rekvisition af maksimal tegning kan foretages af aftalehaver på aftalehaver- eller kontoansvarlig niveau.

**Indrapportering hos aftalehaver**
Rekvisitionen skal indrapporteres senest 2 afviklingsdage før tegningsdagen.

Tegningsdato skal være en afviklingsdag i perioden:

1. tegningsdag til sidste tegningsdag, begge dage inklusive.

Hvis 1. tegningsdag angives som tegningsdato i rekvisitionen, vil rekvisitionen virke som en samlet tegning, idet retterne endnu ikke er tildelt, når opdateringen af tegningsønsker finder sted.

Rekvisitionen kan tilbagekaldes ved hjælp af transaktionen "Annullering af tegningsrekvisition".

Tegningsønsker, der er dannet af en maksimal tegning, kan ændres/nulstilles på afviklingsdagen før tegningsdagen.

I rekvisitionen angives, om de nytegnede aktiebeholdninger skal navnenoteres. Hvis enkelte tegninger ikke skal følge den generelle kode for navnenotering, skal der indlægges særskilte tegningsønsker på disse VP-konti.

**Behandling i VP**
Ved indrapportering af rekvisitionen dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

Der dannes tegningsønsker på VP-konti, hvor:

- beholdningen af retter er større end nul, og der ikke tidligere er indlagt tegningsønske eller har været gennemført et tegningsønske.

  Der beregnes størst muligt tegningsønske under hensyntagen til tegningsforholdet og beholdningen af retter på kontoen.

- feltet "kode for navnenotering" opdateres i overensstemmelse med det i rekvisitionen anførte.

**Eksempel:**
Tegningsforhold: 8:3

  Antal moderaktier på VP-kontoen: 12
  Antal tegningsretter på VP-kontoen: 36
  Aktierne ønskes i henhold til rekvisitionen navnenoteret.

Der dannes et tegningsønske på: 32 retter til tegning af 4 nye aktier, der automatisk bliver begæret navnenoteret i selskabets ejerbog.

 **SYSTEMVEJLEDNING**

Efter dannelse af tegningsønsker opdaterer VP tegningsdato på VP-konti, hvor der er registreret et tegningsønske uden tegningsdato.

Tegningsønsker og tegningsdato opdateres på VP-kontiene 2 afviklingsdage før tegningsdatoen i rekvisitionen.

Ved opdatering af tegningsønsker/dato dannes:

| Uddata | Modtager |
|---|---|
| Oversigt over tegninger i foreløbig dækningskontrol | Kontoansvarlig |
| Oversigt over manglende retter | Kontoansvarlig |
| Oversigt over overskydende retter | Kontoansvarlig |

## Annullering af tegningsrekvisition

Transaktionen bruges af aftalehaver til at annullere:

- REKVISITION AF SAMLET TEGNING
- REKVISITION AF MAKSIMAL TEGNING

**Indrapportering hos aftalehaver**
Ved annullering af en tegningsrekvisition skal løbenummeret for den oprindelige rekvisition angives i transaktionen.

Dette løbenummer findes ved forespørgsel på tegning.

Annulleringen skal indrapporteres senest 2 afviklingsdage før tegningsdatoen i rekvisitionen.

**Behandling i VP**
Tegningsrekvisitionen annulleres.

| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

## Rekvisition af oversigt over ubenyttede retter

Transaktionen bruges til at bestille en liste, der pr. VP-konto angiver beholdningen af ubenyttede retter i den pågældende retfondskode/ISIN.

Rekvisitionen foretages af aftalehaver på aftalehaver- eller kontoansvarlig niveau.

Listen kan rekvireres flere gange i tegningsperioden, og centraldeltageren bestemmer selv, på hvilke dage listen skal dannes.

**Indrapportering hos aftalehaver**
Ved rekvisition af listen bruges transaktionen:

REKVISITION AF LISTE/UBENYTTEDE RETTER

I transaktionen angives, på hvilken dato listen ønskes dannet.

 **S**YSTEM**V**EJLEDNING

Listen skal rekvireres senest 2 afviklingsdage, før den ønskes dannet. Listen kan dannes fra 1. tegningsdag til og med dato for fjernelse af overskydende retter.

**Behandling i VP**
Ved indrapportering af rekvisitionen dannes:
| Uddata | Modtager |
|---|---|
| Oversigt over rekvisitioner vedr. aktieemissioner | Aftalehaver |

På den ønskede kørselsdato dannes:
| Uddata | Modtager |
|---|---|
| Oversigt over ubenyttede retter | Kontoansvarlig |



SYSTEMVEJLEDNING

# 10 Navnenotering af aktier og investeringsbeviser

Som udgangspunkt er navnenotering betinget af, at den berettigede begærer dette over for sit kontoførende institut, medmindre lovgivning eller udsteders vedtægter bestemmer, at aktier eller investeringsforeningsandele skal noteres på navn. For aktier, der er omfattet af selskabsloven kan navnenotering dog alene ske efter den berettigedes begæring.

**Navnenotering på kontohavers navn**
Navnenotering kan foretages på kontohavers navn, hvilket indebærer, at kontohavers navn- og adresseoplysninger videregives til de respektive ejerbogsførere for de navnenoterede beholdninger på VP-kontoen.

**Navnenotering på andet navn end kontohavers**
Navnenotering kan foretages på et andet end kontohavers navn ved at etablere et sæt ejerbogsnavneoplysninger på kontoen. Dette indebærer, at disse navne- og adresseoplysninger videregives til de respektive ejerbogsførere i stedet for kontohavers navne- og adresseoplysninger.

Ønsker en kontohaver at benytte flere navne til navnenoteringen, kan dette ske ved en opsplitning af VP-kontoen, således at kontohaver f.eks. har to VP-konti, hver med sit sæt ejerbogsnavneoplysninger.

**Indføring i selskabets ejerbog**
Ejerbogsfører modtager meddelelse om begærede navnenoteringer fra VP. Noteringerne er endelige efter indføring i selskabets ejerbog.

**Flytning af navnenoterede beholdninger**
Det er muligt at flytte navnenoterede beholdninger mellem to VP-konti og samtidig bevare den oprindelige noteringsdato i ejerbogen. Se afsnit om Ejerbogsfører

## Noteringssteder

Alle kontoførende institutter er noteringssteder for de aktier, der er registreret på VP-konti hos dem.

Endvidere kan der foretages navnenotering i forbindelse med køb gennem en fondshandler. Se Forretningsmæssigvejledning, Registreringsvejledning "Navnenotering/afnotering af aktier" og "Navnenotering/afnotering af beholdning (TU20011v)".

## Notering og afnotering af eksisterende beholdning

Notering/afnotering foretages med transaktionen navnenotering/afnotering ved angivelse af kode for henholdsvis notering og afnotering.

**Navnenotering**
Transaktionen anvendes til navnenotering af en bestående beholdning, eller en del af den bestående beholdning, og må kun indrapporteres på kontohavers begæring.

Kontohavers navn og adresse samt oplysning om størrelsen af den beholdning der begæres navnenoteret/afnoteret, vil herefter blive videregivet til ejerbogsføreren.

Hvis en ISIN er markeret for pligtig navnenotering i fondsregisteret, bliver hele beholdningen i den ISIN automatisk navnenoteret.

 **SYSTEMVEJLEDNING**

Tilgår der efterfølgende aktier til kontoen, og disse skal navnenoteres, vil navnenotering blive foretaget på samme navn.

Der er intet til hinder for, at VP-kontoen kan indeholde både navnenoterede og ihændehaver aktier.

**Kvittering for begæring om navnenotering**
Kontohaver kan i henhold til registreringsbekendtgørelsens bestemmelser anmode om at få kvittering for sin begæring om navnenotering.

Kontoførende institut skal udskrive en kvittering, der som minimum skal indeholde:
- Navn og adresse
- Dato for begæringen om navnenotering
- Fondskoden og størrelsen på den beholdning, der begæres navnenoteret

**Indrapportering i kontoførende institut**

Navnenotering indrapporteres til VP på baggrund af kontohavers begæring.

**Behandling i VP**
Begæringen registreres på VP-kontoen om aftenen på indrapporteringsdagen og videregives til ejerbogsføreren for den del af beholdningen, der begæres navnenoteret.

Ved opdateringen dannes:
| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

**Afnotering**
Transaktionen anvendes til afnotering af en bestående beholdning, eller en del af en bestående beholdning, og må kun indrapporteres på kontohavers begæring.

Endvidere vil transaktionen skulle anvendes hvis en ejerbogsfører afviser en begæring om navnenotering. Kontohaver skal i dette tilfælde underrettes om afvisningen, hvorefter afnoteringen skal finde sted. Se Ejerbogsfører

En beholdning i en ISIN der er markeret for pligtig navnenotering i fondsregisteret, kan ikke afnoteres.

**Indrapportering i kontoførende institut**
Afnotering indrapporteres til VP på baggrund af kontohavers eller ejerbogsførers begæring.

**Behandling i VP**
Noteringen slettes på VP-kontoen om aftenen på indrapporteringsdagen og videregives til ejerbogsføreren for den del af beholdningen, der afnoteres.

Ved opdateringen dannes:
| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

## Navnenotering af anden person end VP-kontohaver

En beskrivelse af navnenotering af anden person end VP-kontohaver , ved etablering, ændring eller sletning.

 SYSTEMVEJLEDNING

---

**Etablering af ejerbogsnavneoplysninger**
Transaktionen anvendes til at etablere et sæt ejerbogsnavneoplysninger på en VP-konto.

Der kan kun være et sæt ejerbogsnavneoplysninger på en VP-konto, og de omfatter samtlige navnenoterede aktier på kontoen.

Ejerbogsnavneoplysningerne videregives til de respektive ejerbogsførere til brug for navnenotering i stedet for kontohavers navn og adresseoplysninger.

Denne registreringsform ændrer ikke kontohavers dispositionsret, idet den, der er registreret i ejerbogsnavneoplysningerne, ikke vil have adgang til at disponere på kontoen, men kun vil fremgå af selskabets ejerbog.

**Indrapportering i kontoførende institut**
Ejerbogsnavneoplysningerne indraportes til VP på baggrund af kontohavers begæring.

Såfremt ejerbogsnavneoplysningerne er etableret fejlagtigt, kan de annulleres på indrapporteringsdagen.

**Behandling i VP**
Efter registrering af ejerbogsnavneoplysningerne, om aftenen på indrapporteringsdagen videregives oplysningerne til de respektive ejerbogsførere for den del af beholdningen, der er navnenoteret.

Ved opdateringen dannes:

| Uddata | Modtager |
|---|---|
| Kontojournal | Kontoførende institut |
| Ejerbogsændringer | Ejerbogsfører |

**Annuller ejerbogsnavnetransaktion**
Transaktionen anvendes til at annullere en fejlagtig etablering, ændring, sletning af ejerbogsnavneoplysningerne i daglig journal.

**Indrapportering i det kontoførende institut**
Annullering af ejerbogsnavneoplysningerne indrapporteres til VP samme dag, som etablering, ændring, sletning af ejerbogsnavneoplysningerne har fundet sted.

I transaktionen skal angives det oprindelige transaktionsløbenummer, som findes ved forespørgsel i daglig journal.

**Behandling i VP**
Annulleringen gennemføres om aftenen på indrapporteringsdagen.
Ved annulleringen dannes:

| Uddata | Modtager |
|---|---|
| Fejloversigt | Kontoførende institut |

**Ændring af ejerbogsnavneoplysninger**
Transaktionen anvendes til at ændre ejerbogsnavneoplysningerne på en VP-konto.

Kontohaver kan begære ejerbogsnavneoplysningerne ændret. Endvidere kan en person, der står registreret i ejerbogsnavneoplysningerne, anmode om en adresseændring.



**SYSTEMVEJLEDNING**

---

Indrapportering i det kontoførende institut
Ændringen indrapporteres til VP på baggrund af begæring om ændring.

**Behandling i VP**
Når ændringen af ejerbogsnavneoplysningerne er registreret om aftenen på indrapporteringsdagen, videregives oplysningerne til de respektive ejerbogsførere for den del af beholdningen, der er navnenoteret.

Ved opdatering udskrives:
**Uddata**                          **Modtager**
Kontojournal                        Kontoførende institut
Ejerbogsændringer                   Ejerbogsfører

## Sletning af ejerbogsnavneoplysninger

Transaktionen anvendes til at slette ejerbogsnavneoplysningerne på en VP-konto.

**Indrapportering i det kontoførende institut**
Sletning af ejerbogsnavneoplysningerne indrapporteres på begæring af kontohaver eller den person, der er registreret i ejerbogsnavneoplysningerne.

**Konsekvenser af sletning**
Sletningen af ejerbogsnavneoplysningerne betyder, at kontohavers navn og adresse bliver videregivet til ejerbogsfører.

Det kontoførende institut skal i egne forretningsgange fastlægge retningslinier for, hvorledes der skal handles over for kontohaver i tilfælde af, at den person, der er registreret i ejerbogsnavneoplysningerne anmoder om at blive slettet.

**Behandling i VP**
Når sletningen er registreret om aftenen på indrapporteringsdagen, meddeles dette til de respektive ejerbogsførere for den del af beholdningen, der er navnenoteret.
Ved opdateringen dannes:

**Uddata**                          **Modtager**
Kontojournal                        Kontoførende institut
Ejerbogsændringer                   Ejerbogsfører

## Etablering af "nominee" konto

Etablering af "nominee" indebærer, at det på VP-kontoen registreres, at kontohaver ikke er ejer af fondsaktiverne.

Ejeren vil kun være kendt af "nominee", og forholdet mellem ejer og "nominee" beror på deres indbyrdes aftale.

Se i øvrigt afsnit 1, VP-kontoen.

Indrapportering i det kontoførende institut
Kontoførende institut indrapporterer anmeldelsen om etablering af "nominee".

Anmeldelse om etablering af "nominee" kan registreres i kontohaveroplysningerne eller i kontoteksten.

 **SYSTEMVEJLEDNING**

**Behandling i VP**
VP opdaterer etableringen af "nominee" om aftenen på indrapporteringsdagen.

Ved opdateringen dannes:

| Uddata | Modtager |
|--------|----------|
| Kontojournal | Kontoførende institut |

## Ejerbogsfører

### Hvem kan være ejerbogsfører?
Aktieselskabet bestemmer selv, hvem der skal være dets ejerbogsfører, det kan f.eks. være selskabet selv, det aktieudstedende institut eller en hvilken som helst anden.

VP skal have meddelelse om den valgte ejerbogsfører af hensyn til fremsendelse af meddelelser om ejerbogsændringer. Ejerbogsfører har ikke mulighed for at trække oplysninger fra VP-systemet.

Ønsker et selskab at skifte ejerbogsfører, skal VP have meddelelse om den nye ejerbogsfører.

### Meddelelser til ejerbogsfører
**Navnenotering**
Ved en kontohavers begæring om navnenotering videregiver VP følgende oplysninger til ejerbogsfører via aktieudstedende institut:
- VP-reference-nr. (VP-kontonr.)
- identifikation af det kontoførende institut (CD-ident)
- bogføringsdato (dato for registrering i VP. Der er dog intet krav om, at denne dato skal anvendes af aktibogsfører. Noteringen skal indføres i ejerbogen uden unødigt ophold).
- navn- og adresseoplysninger (medfølger kun, hvis der ikke i forvejen findes navnenoterede beholdninger i den pågældende fondskode på dette VP-reference-nr.).
- fondskoden og størrelsen på den beholdning, der begæres navnenoteret, samt summen herefter af navnenoterede beholdninger i denne fondskode på dette VP-reference-nr.

**Afnotering**
Ved en kontohavers begæring om afnotering videregiver VP følgende oplysninger til ejerbogsfører:
- VP-reference-nr. (VP-kontonr.)
- identifikation af det kontoførende institut (CD-ident)
- bogføringsdato (dato for registrering i VP)
- fondskoden og størrelsen på den beholdnning, der ønskes afnoteret, samt summen herefter af navnenoterede beholdninger i denne fondskode på dette VP-reference-nr.

**Ændring af navn/adresse**
Ved en kontohavers begæring om navne/adresseændring videregiver VP følgende oplysninger:
- VP-reference-nr. (VP-kontonr.)
- identifikation af det kontoførende institut (CD-ident)
- bogføringsdato (dato for registrering i VP)
- de ændrede navn/adresseoplysninger

**Overførsel af navnenoterede aktier mellem to VP-konti**
Ved en kontohavers begæring om overførsel af navnenoterede aktier mellem to VP-konti, videregiver VP følgende oplysninger:
- VP-reference-nr. (det VP-kontonr., der afgiver den pågældende navnenoterede beholdning)
- identifikation af det afgivende kontoførende institut (CD-ident)

SYSTEMVEJLEDNING

---

- bogføringsdato (dato for registrering i VP)
- fondskoden og størrelsen på den navnenoterede beholdning, der overføres, samt summen herefter af navnenoterede beholdninger i denne fondskode på det afgivende VP-reference-nr. *)
- nyt VP-reference-nr. (det VP-kontonr., der modtager den pågældende navne-noterede beholdning) - identifikation af det modtagende kontoførende institut (CD-ident)
- navn- og adresseoplysninger (medfølger kun, hvis der ikke i forvejen findes navnenoterede beholdninger i den pågældende fondskode på det nye VP-reference-nr.)
- fondskoden og størrelsen på den navnenoterede beholdning, der overføres, samt summen herefter af navnenoterede beholdninger i denne fondskode på det nye VP-reference-nr.

### Ejerbogsførers afvisning af begæring om navnenotering

Afviser en ejerbogsfører en navnenotering, skal han rette henvendelse til det kontoførende institut. Det vil fremgå af listen ejerbogsændringer, hvem det kontoførende institut er.

Kontoførende institut skal herefter meddele kunden, at og hvorfor navnenotering ikke kan finde sted, hvorefter det kontoførende institut skal slette noteringsbegæringen på kontoen ved indrapportering af en afnotering.

---

*) Ved et ref.nr. skift vil der altid blive oplyst en beholdningsændring på den afgivende VP-konto. Hvis beholdningsændringen er på nul, skyldes det, at der, samme dag som ref.nr. skiftet har fundet sted, er begæret navnenotering af en beholdning, som svarer overens med den overførte beholdning.



SYSTEMVEJLEDNING

# 11 Corporate Action - udbyttebehandling

En af forudsætningerne for VP-registrering af aktier er, at det alene er VP, der beregner og betalingsformidler udbytte ud fra VP's regler.

Udbetaling af udbytte på VP-registrerede aktier foretages automatisk gennem VP-systemet på grundlag af oplysninger fra selskabets aktieudstedende institut. Betalingen sker på grundlag af de registrerede oplysninger om aktiebeholdningen på den enkelte VP-konto. Betaling af udbytte gennem VP, kan således kun finde sted ved registrering af beholdningen på en VP-konto.

VP beregner udbytte og eventuel udbytteskat 3. børsdag efter generalforsamlingsdagen.

Handler med afvikling til og med 3. børsdag efter generalforsamlingsdagen afvikles inkl. udbytte. Dvs. handler indgået på generalforsamlingsdagen med normalt afviklingsforløb er inkl. udbytte.

Handler med afvikling senere end 3. børsdag efter generalforsamlingsdagen afvikles ekskl. udbytte.

Hvis faldne handler inkl. udbytte ikke rettes senest på udbyttekørselsdagen (3. børsdag efter generalforsamlingsdagen), bliver udbytte udbetalt til sælger. Det kontante udbytte skal herefter afregnes manuelt mellem sælgers og købers pengekonti.

**Behandling hos aktieudsteder**
Oplysninger til brug for beregning af udbytte rapporteres via vp.ONLINE til VP af det aktieudstedende institut (se afsnit Etablering af udbytteoplysninger – danske aktieselskaber.

**Behandling i VP**
For kunder med abonnement beregner VP foreløbig likviditet for udbytte i perioden mellem modtagelse af vedtaget udbyttesats til og med dagen før beregningsdagen. Fakturering sker i henhold til prisliste.

VP gennemfører udbyttekørslen efter daglig opdatering.

**Behandling i datacentre**
Infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions", dannes ved udbyttekørslen. Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions" respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte infoer dannes altid.

**Tidslinie for udbytte**



**SYSTEMVEJLEDNING**



## Udbytteberegning og betalingsformidling
Udbytteberegningen finder sted 3. børsdag efter generalforsamlingsdagen.

I kørslen beregnes udbytte og udbytteskat og der dannes betalingsformidling.

Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.

## Betalingsformidlingsgrundlaget dækningskontrolleres
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

## U2-skattekørsel
U2-skattekørslen finder sted pr. den dato udsteder har angivet afhængig af selskabets dato for indbetaling af skat. VP danner data til udsteder til brug for indberetning.

U2-skattekørslen kan tidligst finde sted på dispositionsdagen og senest ultimo måneden efter generalforsamlingsdagen.

## Udbytteberegning
Der beregnes udbytte og udbytteskat på de VP-konti, der på beregningstidspunktet har en beholdning i den pågældende ISIN.

Efter udbytteberegningen er der registreret følgende udbytteoplysninger på VP-kontiene:
> udbyttekørselsdato
> beregnet udbytte
> beregnet udbytteskat
> kode for anvendt udbytteerklæring
> anvendte dobbeltbeskatningsoplysninger

De kontoførende institutter kan forespørge på oplysningerne og ændre dem indtil sletning i forbindelse med årsultimo.

Udbytteskat beregnes i henhold til VP-kontoens oplysninger om udbytteerklæring og dobbeltbeskatning.

Beregning af udbytteskat foretages efter retningslinierne i nedennævnte tabel.

| Kontohavers kode for udbytte- | Kontohavers landekode for skat | Aftalehavers aftale om dobbelt- | Udsteders hjemland | VP beregner: | Anvendt dobbelt- beskatnings- |
|---|---|---|---|---|---|

 **S**YSTEMVEJLEDNING

| Erklæring | | beskatning | | | kode |
|---|---|---|---|---|---|
| REV/FRI/KAP | | | | 0% dansk udbytteskat | 0 |
| SEL | Blank/DK | | | YY% nedsat dansk udbytteskat*) | 0 |
| FOR | Blank/DK | | | ZZ% nedsat dansk udbytteskat*) | 0 |
| Blank | Blank/DK | | | XX% dansk udbytteskat | 0 |
| Blank | Udfyldt, men Ikke med DK | Deltager ikke i dobbeltbeskat-ningsaftalen | | XX% dansk udbytteskat | 2 |
| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er med i dobbeltbeskat-Ningsaftalen**) | XX% dansk udbytteskat efter dobbeltbeskat-ningsaftalen***) | 1 |
| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er ikke med i dobbeltbeskat-ningsaftalen**) | XX% dansk udbytteskat | 2 |

\*)     Efter oplysninger fra SKAT
\*\*)     Efter oplysninger fra SKAT
\*\*\*)     En sats for hvert land, Danmark har indgået dobbeltbeskatningsaftale med.

Værdien i felterne "Kode for udbytteerklæring" og "Landekode for skat" kopieres ved udbytteberegningskørslen over i felterne "Kode for anvendt udbytteerklæring" og "Landekode for skat" for de enkelte ISIN'er, der berøres.

For at et investeringsselskab i selskabsform skal antyde de muligheder til udbyttehåndtering i VP systemet som en investeringsforening har, skal investeringsselskabet registreres i VP som en investeringsforening.

| Udbyttebetaling fra danske aktieselskaber | | | | | |
|---|---|---|---|---|---|
| KI ansvar i VP | | | VP / Resultat beregning | | |
| Kode på konto. Registreres af KI | Kode på konto. Registreres af KI | Angiver om KI er tilmeldt ordning. Registreres af VP. | Kode der bruges i pågældende udbyttekørsel | Kode der bruges i på-gældende udbyttekørsel | Angiver den skatteprocent, som er benyttet ved beregning af tilbageholdt udbytteskat |
| KODE_FOR_ UDBYTTEERKLÆ RING | LANDEKODE_ FOR_SKAT | ANVENDT_DOBBE LT BESKATNINGS_ KODE | ANVENDT_UDBYTTE ERKLÆRINGS_KODE | LAND- ISO_KODE_ FOR_SKAT | ANVENDT_ SKATTE PROCENT |
| | | | | | |
| Blank | Blank | 0 | Blank | Blank | 28 |
| Blank | DK | 0 | Blank | DK | 28 |
| Blank | XX | 1 | Blank | XX | Dobb.sats |
| Blank | XX | 2 | Blank | XX | 28 |
| | | | | | |



SYSTEMVEJLEDNING

| SEL | Blank | 0 | SEL | Blank | 25,00 |
|-----|-------|---|-----|-------|-------|
| SEL | DK | 0 | SEL | DK | 25,00 |
| | | | | | |
| FOR | Blank | 0 | FOR | Blank | 15,00 |
| FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | |
| Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |
| Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
| Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |

**Uddata**
Afstemning udbytte - total ved beregning (UD)
Udbyttemeddelelse (kontohaver, rettighedshaver)
Udbytteoversigt - betalingsformidling til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

### Likviditetsstyring

**Formål**
At danne dokumentation af likviditetsvirkningen for udbytte til pengekontoførende institutter.

**Behandling i VP**
Infoen dannes umiddelbart før betalingsformidlingsgrundlaget dannes.

**Uddata**
Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

### Betalingsformidling

**Formål**
At formidle betaling mellem en deltager og den efter registeret berettigede.

**Behandling i VP**
Betalingsformidlingsgrundlaget dannes på baggrund af det beregnede udbytte minus evt. udbytteskat, som er registreret på VP-kontoen ved afviklingsdøgnets afslutning på 3. børsdag efter generalforsamlingsdagen med retsvirkning straks før kl. 18.00.

Beregnede udbyttebeløb i valuta omregnes til danske kroner. Ved omregningen benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standardfradrag pr. valuta. Fradraget fastsættes og meddeles VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.

SYSTEMVEJLEDNING



1 = Udbytteberegning og betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (DKK)
3 = Pengekontrol i blok 45 (EUR)


På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Udbytte i DKK behandles i blok 35 og udbytte i EUR behandles i blok 45.

I pengekontrollen kontrolleres det,

at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.

at (hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut) primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.

Såfremt der ikke er dækning, træder procedure for tilbagekaldelse af udbytte i kraft, se afsnit Procedure for tilbagekaldelse af udbytte.

### Behandling hos primær betalingsstiller
For at betaling af udbytte i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udbytte i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontoførere.

### Uddata
Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK)
Posteringsgrundlag pr. pengekonto (PK)



**SYSTEMVEJLEDNING**

---

Posteringsgrundlag pr. afkast/afregningskonto (PK)
Afstemningsoplysninger, periodiske betalinger (UD)

**Efter pengekontrollen dannes følgende uddata**
Bogføringsposter fra en afviklingskørsel - kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

U2-skattekørsel

Ved kørslen danner VP oplysninger til SKAT om de VP-kontohavere der har fået reduceret dansk
udbytteskat i henhold til dobbeltbeskatningsaftaler.
**Uddata**
Afstemning udbytte - total U2-skattekørsel (UD)
Oversigt over udbytteskat til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte


Flytning af udbytte mellem VP-konti

Transaktionen "Udbytteflytning" anvendes til flytning af bruttoudbytte mellem VP-konti.

Udbyttebeløbet skal være registreret på den afgivende VP-konto, før flytning kan ske. Der kan altså ikke
disponeres over udbyttebeløb samme dag, som udbytteberegningen finder sted.

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid
uden virkning for betalingsformidlingen. Det kontante udbytte og eventuelle ændringer i udbytteskatten
skal således afregnes manuelt.


Flytning af udbytte i perioden mellem beregning og U2-skattekørsel

**Behandling i kontoførende institut**
Ændringer i tilbageholdt udbytteskat skal afregnes manuelt mellem det kontoførende og det
aktieudstedende institut.

**Behandling i VP**
Udbytteflytning opdateres on-line.

Er udbyttet i fremmed valuta, reduceres det omregnede beløb i DKK forholdsmæssigt på den afgivende
VP-konto. På den modtagende VP-konto forøges det omregnede beløb i DKK med beløbet, som blev
beregnet forholdsmæssigt på den afgivende VP-konto.

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis udbytteflytning sker mellem konti med
forskellige koder for udbytteerklæring og/eller koder for dobbeltbeskatning. Ændringerne dokumenteres
på infoer:

| Eksempel: | |
|---|---|
| På VP-konto A er beregnet udbytte. | kr. 2.000,- |
| Der er ikke REV, FRI, KAP, SEL, FOR eller dobbeltbeskatningsmarkering på kontoen | |
| Der er derfor tilbageholdt normal udbytteskat, p.t. 28% | kr.   560,- |



### SYSTEMVEJLEDNING

| | |
|---|---|
| Udbyttet flyttes til VP-konto B. | |
| Kontohaver er tilmeldt dobbeltbeskatning med bopæl og skattepligt i Sverige (SE) | |
| Der skal derfor betales reduceret skat i henhold til dobbeltbeskatningsaftalen, p.t. 15% | kr.  300,- |

På uddata vises, at aktieudstedende institut skal udbetale differencen i udbytteskat (kr. 260,-) til kontoførende institut.

Tilsvarende ville flytning fra VP-konto B til VP-konto A medføre betaling af kr. 260,- fra kontoførende institut til aktieudstedende institut.

## Flytning af udbytte efter U2-skattekørsel

**Behandling i kontoførende institut**
Ved flytning af udbytte efter U2-skattekørslen skal kontoførende institut afregne/tilbagesøge eventuelle ændringer i udbytteskatten direkte over for SKAT.

**Behandling i VP**
Udbytteflytning opdateres on-line.

**Uddata**
Udbytteflytning i perioden mellem udbytteberegning og U2-skattekørsel
Ændring af udbytteskat til udstederansvarlig (UD)
Udbytteflytning til KI (KI)

Udbytteflytning efter U2-skattekørsel
Udbytteflytning til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

## Ændring af kode for anvendt udbytteerklæring

Transaktionen anvendes til at ændre kode for anvendt udbytteerklæring.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut i de tilfælde, hvor VP-kontoens kode for udbytteerklæring ikke har været korrekt på udbytteberegningstidspunktet. Ændringen gælder for udbytteberegningen i en enkelt ISIN.

**Eksempel**
VP-kontoen er på udbytteberegningstidspunktet registreret med kode for udbytteerklæring = Blank. Ved kontrol i det kontoførende institut konstateres det, at kontoen er et kapitalpensionsdepot og derfor skulle være registreret som KAP.

Ændringen i kode for anvendt udbytteerklæring kan foretages i perioden fra udbyttets beregning og frem til U2-skattekørsel.

Hvis koden ændres fra blank til SEL, FOR, REV, FRI eller KAP eller omvendt, vil det påvirke den beregnede udbytteskat.

Regulering af skattebeløbet skal ske direkte mellem det kontoførende institut og aktieudstedende institut uden om VP.

 **SYSTEMVEJLEDNING**

**Bemærk**
Såfremt den ændrede kode for anvendt udbytteerklæring skal have virkning for fremtidige beregninger af udbytteskat, skal koden for udbytteerklæring ændres på VP-kontoen.

Efter U2-skattekørslen skal indberetning/tilbagesøgning eller indbetaling af udbytteskat ske ved direkte kontakt fra kontoførende institut til SKAT.

**Behandling i VP**
Ændring af kode for anvendt udbytteerklæring opdateres on-line.

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis der ændres til eller fra SEL ,FOR, REV, FRI eller KAP markering, og der tages højde for VP-kontoens oplysninger om anvendelse af dobbeltbeskatning.

**Uddata**
Ændring af udbytteskat til udstederansvarlig (UD)
Ændring af anvendt udbytteerklæring til KI (KI)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte


## Ændring af udbytteskat

Transaktionen anvendes til korrektion i den beregnede udbytteskat.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter U2-skattekørslen har fundet sted.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos SKAT.

**Behandling i VP**
Ændring af udbytteskat opdateres on-line.

**Uddata**
Ændring af udbytteskat til KI

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte


## Korrektion af omregnet rente- eller bruttoudbyttebeløb

Transaktionen anvendes til at korrigere et omregnet bruttoudbyttebeløb, når den automatisk omregnede værdi i DKK ikke svarer til det faktisk udbetalte beløb.

**Behandling hos centraldeltager**
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en værdipapirkonto.

**Behandling i VP**
Det omregnede bruttoudbyttebeløb erstattes med det indrapporterede beløb. Anvendes ved eventuel skatteindberetning og vil fremgå af årsopgørelsen.



SYSTEMVEJLEDNING

---

Uddata
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se Uddata
Eksempel: Udbytte

## Udbyttebehandling, danske investeringsforeninger

En af forudsætningerne for VP-registrering af investeringsforeningsandele er, at det alene er VP, der beregner og betalingsformidler udbytte ud fra VP's regler.

For danske investeringsforeninger kan VP tilbyde at gennemføre:
> udbytte (offentliggørelsestype 26)
> acontoudbytte (offentliggørelsestype 28)
> geninvestering af udbytte (offentliggørelsestype 29)
> geninvestering af acontoudbytte (offentliggørelsestype 30)

Udbetaling af udbytte på VP-registrerede investeringsforeningsandele foretages automatisk gennem VP-systemet på grundlag af oplysninger fra foreningens aktieudstedende institut. Betalingen sker på grundlag af de registrerede oplysninger om beholdningen på den enkelte VP-konto. Betaling af udbytte gennem VP kan således kun finde sted ved registrering af beholdningen på en VP-konto.

Handler med afvikling til og med 3. børsdag efter generalforsamlingsdagen / acontodagen afvikles inkl. udbytte. Dvs. handler indgået på generalforsamlingsdagen / acontodagen med normalt afviklingsforløb er inkl. udbytte.

Handler med afvikling senere end 3. børsdag efter generalforsamlingsdagen / acontodagen afvikles ekskl. udbytte.

Hvis faldne handler inkl. udbytte ikke rettes senest på udbyttekørselsdagen (3. børsdag efter generalforsamlingsdagen / aconto-dagen), bliver udbytte udbetalt til sælger. Det kontante udbytte skal herefter afregnes manuelt mellem sælgers og købers pengekonti.

### Udbytte og acontoudbytte
VP beregner udbytte og eventuel udbytteskat 3. børsdag efter generalforsamlingsdagen. For acontoudbytte sker beregningen 3. børsdage efter acontodagen.

### Geninvestering af udbytte og acontoudbytte
VP beregner udbytte og eventuel udbytteskat 3. børsdag efter generalforsamlingsdagen / aconto-dagen. Under hensyntagen til kursen tildeles de nye investeringsforeningsandele på baggrund af registrerede geninvesteringsaftaler på henholdsvis VP-konto - og ISIN niveau (se Geninvesteringsaftaler). Hvis der er registreret et individuelt investorønske til den aktuelle udbyttekørsel, vil det være dette ønske der indgår ved beregning (se Registrering og opsamling af investorønsker).
Et eventuelt restudbytte betalingsformidles.

### Behandling hos aktieudsteder
Udbytte og acontoudbytte
Oplysninger til brug for beregning af udbytte rapporteres via vp.ONLINE til VP af det aktieudstedende institut (se afsnit Etablering af udbytteoplysninger – danske aktieselskaber.



SYSTEMVEJLEDNING

Geninvestering af udbytte og acontoudbytte
Oplysninger til brug for beregning af udbytte fra dansk investeringsforening til mulig geninvestering rapporteres via vp.ONLINE til VP af det aktieudstedende institut - se afsnit Etablering af udbytteoplysninger – danske investeringsforeninger.

Fra 15 dage før gennemførelse af geninvestering af udbytte kan udsteder rekvirere en foreløbig likviditetsoversigt. Oversigten dannes pr. opgave.

**Behandling i VP**
**Udbytte og acontoudbytte**
For kunder med abonnement beregner VP foreløbig likviditet for udbytte i perioden mellem modtagelse af vedtaget udbyttesats til og med dagen før beregningsdagen. Fakturering sker i henhold til prisliste.

VP gennemfører udbyttekørslen efter daglig opdatering.

**Geninvestering af udbytte og acontoudbytte**
Fra 15 dage før gennemførelse af geninvestering af udbytte kan udsteder rekvirere en foreløbig likviditetsoversigt. Oversigten dannes pr. opgave.

VP gennemfører udbyttekørslen efter daglig opdatering.

**Behandling i datacentre**
Infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions", dannes ved udbyttekørslen. Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions" respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte infoer dannes altid.

Tidslinie for udbytte



**Udbytteberegning og betalingsformidling**
**Udbytte og acontoudbytte**
Udbytteberegningen finder sted 3. børsdag efter generalforsamlingsdagen / aconto-dagen.

I kørslen beregnes udbytte og udbytteskat. Betalingsformidlingsgrundlaget dannes, og der gives likviditetsmeldinger.

Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.

 **SYSTEMVEJLEDNING**

**Geninvestering af udbytte og acontoudbytte**
Udbytteberegningen finder sted 3. børsdag efter generalforsamlingsdagen/ aconto-dagen.

I kørslen beregnes udbytte og udbytteskat og der tildeles nye investeringsforeningsandele i henhold til investors ønske. Betalingsformidlingsgrundlaget dannes, og der gives likviditetsmeldinger.

Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.

**Betalingsformidlingsgrundlaget dækningskontrolleres**
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

**U2-skattekørsel**
U2-skattekørslen finder sted pr. den dato udsteder har angivet afhængig af selskabets dato for indbetaling af skat. VP danner data til udsteder til brug for indberetning.

U2-skattekørslen kan tidligst finde sted på dispositionsdagen og senest ultimo måneden efter generalforsamlingsdagen.


**Udbytteberegning**
Der beregnes udbytte og udbytteskat på de VP-konti, der på beregningstidspunktet har en beholdning i den pågældende ISIN.

Efter udbytteberegningen er der registreret følgende udbytteoplysninger på VP-kontiene:
    udbyttekørselsdato
    beregnet udbytte
    beregnet udbytteskat
    kode for anvendt udbytteerklæring
    anvendte dobbeltbeskatningsoplysninger

De kontoførende institutter kan forespørge på oplysningerne og ændre dem indtil sletning i forbindelse med årsultimo.

Udbytteskat beregnes i henhold til VP-kontoens oplysninger om udbytteerklæring og dobbeltbeskatning.

Beregning af udbytteskat foretages efter retningslinierne i nedennævnte tabel.

| Kontohavers kode for udbytte-erklæring | Kontohavers landekode for skat | Aftalehavers aftale om dobbelt-beskatning | Udsteders hjemland | VP beregner: | Anvendt dobbelt-beskatnings-kode |
|---|---|---|---|---|---|
| REV/FRI/KAP | | | | 0% dansk udbytteskat | 0 |
| SEL*) | Blank/DK | | | XX% dansk udbytteskat | 0 |
| FOR | Blank/DK | | | ZZ% reduceret dansk udbytteskat | 0 |
| Blank | Blank/DK | | | XX% dansk udbytteskat | 0 |
| Blank | Udfyldt, men Ikke med DK | Deltager ikke i dobbeltbeskat-ningsaftalen | | XX% dansk udbytteskat | 2 |



**SYSTEMVEJLEDNING**

| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er med i dobbeltbeskat-ningsaftalen**) | XX% dansk udbytteskat efter dobbeltbeskat-ningsaftalen***) | 1 |
|-------|--------------------------|-------------------------------|-------------------------------------|----------------------------------------------|---|
| Blank | Udfyldt, men Ikke med DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er ikke med i dobbeltbeskat-ningsaftalen**) | XX% dansk udbytteskat | 2 |

\*)    Kode for udbytteerklæring =SEL benyttes ikke i forbindelse med udbytte fra danske
     investeringsforeninger, dog undtaget akkumulerende investeringsforeninger
\*\*)   Efter oplysninger fra SKAT
\*\*\*)  En sats for hvert land, Danmark har indgået dobbeltbeskatningsaftale med.

Værdien i felterne "Kode for udbytteerklæring" og "Landekode for skat" kopieres ved
udbytteberegningskørslen over i felterne "Kode for anvendt udbytteerklæring" og "Landekode for skat"
for de enkelte ISINs, der berøres.

For at et investeringsselskab i selskabsform skal udnytte de muligheder til udbyttehåndtering i VP
systemet som en investeringsforening har, skal investeringsselskabet registreres i VP som en
investeringsforening.

| Udbyttebetaling/Udlodning fra investeringsforeninger | | Modtager | | | | | |
|---------------------------------------|----------------------------|--------------------|--------------------|--------------------|--------------------|--------------------|--------------------|
| UA ansvar i VP | | KI ansvar i VP | | VP / Resultat beregning | | | |
| Registreres af UA | Registreres af UA | Kode på konto. Registreres af KI | Kode på konto. Registreres af KI | Angiver om KI er tilmeldt ordning. Registreres af VP. | Kode der bruges i pågæld-ende udbytte kørsel | Kode der bruges i pågæld-ende udbytte kørsel | Angiver den skattepro-cent, som er benyttet ved beregning af tilbage-holdt udbytte-skat |
| Invest_forening s_klassifikation / Udlodnings _kode Skat navn: Artkode og Invfentypkod | Invest_forenin gs_klassifikati on / grundlag Skat navn: Virkkode og Invfenakttyp kod | Kode_for_ Udbytte erklæring | Landek ode_for _Skat | Anvendt_ dobbelt beskatnings _kode | Anvendt_ud bytteerklær ings_kode | Land_iso_ kode_for_ skat | Anvendt_ skatteprocent |
| Udloddende | Aktiebaseret | | | | | | |
| 1 og 4 | A og B | Blank | Blank | 0 | Blank | Blank | 28 |
| 1 og 4 | A og B | Blank | DK | 0 | Blank | DK | 28 |
| 1 og 4 | A og B | Blank | XX | 1 | Blank | XX | Dobb.sats |
| 1 og 4 | A og B | Blank | XX | 2 | Blank | XX | 28 |
| | | | | | | | |
| 1 og 4 | A og B | SEL | Blank | 0 | Blank | Blank | 28 |
| 1 og 4 | A og B | SEL | DK | 0 | Blank | DK | 28 |
| | | | | | | | |
| 1 og 4 | A og B | FOR | Blank | 0 | FOR | Blank | 15,00 |
| 1 og 4 | A og B | FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | | | |
| 1 og 4 | A og B | Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |



SYSTEMVEJLEDNING

| 1 og 4 | A og B | Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
|---|---|---|---|---|---|---|---|
| 1 og 4 | A og B | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| 1 og 4 | A og B | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| | | | | | | | |
| Udlodende/ Fåmands- forening udloddende | OBLG-baseret | | | | | | |
| | | | | | | | |
| 1 og 4 | D og O | ALLE | ALLE | 0 | Blank | Blank | 0 |
| | | | | | | | |
| Akkumulerend e | Aktiebaseret og OBLG- baseret | | | | | | |
| | | | | | | | |
| 3 | ALLE | Blank | Blank | 0 | Blank | Blank | 28 |
| 3 | ALLE | Blank | DK | 0 | Blank | DK | 28 |
| 3 | ALLE | Blank | XX | 1 | Blank | XX | Dobb.sats |
| 3 | ALLE | Blank | XX | 2 | Blank | XX | 28 |
| | | | | | | | |
| 3 | ALLE | SEL | Blank | 0 | SEL | Blank | 25,00 |
| 3 | ALLE | SEL | DK | 0 | SEL | DK | 25,00 |
| | | | | | | | |
| 3 | ALLE | FOR | Blank | 0 | FOR | Blank | 15,00 |
| 3 | ALLE | FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | | | |
| 3 | ALLE | Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |
| 3 | ALLE | Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
| 3 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| 3 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| Akkumulerend e investe- ringsforening (selskab)/hedg efond | Aktiebaseret og OBLG- baseret | | | | | | |
| | | | | | | | |
| 8 | ALLE | Blank/U1 | Blank | 0 | Blank/U1 | Blank | 28 |
| 8 | ALLE | Blank/U1 | DK | 0 | Blank/U1 | DK | 28 |
| 8 | ALLE | Blank/U1 | XX | 1 | Blank/U1 | XX | Dobb.sats |
| 8 | ALLE | Blank/U1 | XX | 2 | Blank/U1 | XX | 28 |
| | | | | | | | |
| 8 | ALLE | SEL | Blank | 0 | Blank | Blank | 28 |
| 8 | ALLE | SEL | DK | 0 | Blank | DK | 28 |
| | | | | | | | |
| 8 | ALLE | FOR | Blank | 0 | FOR | Blank | 15,00 |
| 8 | ALLE | FOR | DK | 0 | FOR | DK | 15,00 |
| | | | | | | | |
| 8 | ALLE | Rev/Fri/Kap | Blank | 0 | Rev/Fri/Kap | Blank | 0 |
| 8 | ALLE | Rev/Fri/Kap | DK | 0 | Rev/Fri/Kap | DK | 0 |
| 8 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| 8 | ALLE | Rev/Fri/Kap | XX | 0 | Rev/Fri/Kap | XX | 0 |
| | | | | | | | |
| Kontoførende | N/A | | | | | | |
| | | | | | | | |
| 2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |



**SYSTEMVEJLEDNING**

| Akumulerende professionelle kontoførende foreninger | Aktiebaseret og OBLG-baseret | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 5 | ALLE | N/A | N/A | N/A | N/A | N/A | N/A |

**Uddata**
Afstemning udbytte - total ved beregning (UD)
Afstemning geninvestering af udbytte - total ved beregning (UD)
Ændringsmeddelelse (kontohaver, rettighedshaver)
Udbyttemeddelelse (kontohaver, rettighedshaver) *)
Udbytteoversigt - betalingsformidling til KI (KI)
Udbytteoversigt - betalingsformidling til KI - Geninvestering af udbytte (KI)

*) Dannes for de investorer der ikke tildeles udbytteaktier

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".


## Likviditetsstyring
**Formål**
At danne dokumentation af likviditetsvirkningen for udbytte og geninvestering af udbytte til pengekontoførende institutter.

**Behandling i VP**
Infoen dannes umiddelbart før betalingsformidlingsgrundlaget dannes.

**Uddata**
Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".


## Betalingsformidling
**Formål**
At formidle betaling mellem en deltager og den efter registeret berettigede.

**Behandling i VP**
Betalingsformidlingsgrundlaget dannes på baggrund af det beregnede udbytte minus evt. udbytteskat, som er registreret på VP-kontoen ved afviklingsdøgnets afslutning på 3. børsdag efter generalforsamlingsdagen med retsvirkning straks før kl. 18.00.

Beregnede udbyttebeløb i valuta omregnes til danske kroner. Ved omregningen benytter VP den markedskurs, som Danmarks Nationalbank har offentliggjort to bankdage før dispositionsdagen. Markedskursen reduceres med et standardfradrag pr. valuta. Fradraget fastsættes og meddeles VP af pengekontoførerne via deres sektororganisation. Pengekontofører har alternativt mulighed for at registrere det fradrag pr. valuta, der skal gælde for alle beløb, der tilgår pengekontoførerens pengekonti.



SYSTEMVEJLEDNING



1 = Udbytteberegning og betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (DKK)
3 = Pengekontrol i blok 45 (EUR)

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Udbytte i DKK behandles i blok 35 og udbytte i EUR behandles i blok 45.

I pengekontrollen kontrolleres det,

> at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
> at (hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut) primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.

Såfremt der ikke er dækning, træder procedure for tilbagekaldelse af udbytte i kraft, se afsnit Procedure for tilbagekaldelse af udbytte.

### Behandling hos primær betalingsstiller
For at betaling af udbytte i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udbytte i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

De samlede betalinger posteres på berettigede pengekontoførers afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontoførere.

### Uddata
Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK)
Posteringsgrundlag pr. pengekonto (PK)



**S**YSTEMVEJLEDNING

---

Posteringsgrundlag pr. afkast/afregningskonto (PK)
Afstemningsoplysninger, periodiske betalinger (UD)

**Efter pengekontrollen dannes følgende uddata**
Bogføringsposter fra en afviklingskørsel - kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte /
Acontoudbytte".

## U2-skattekørsel

Ved kørslen danner VP oplysninger til SKAT om de VP-kontohavere der har fået reduceret dansk
udbytteskat i henhold til dobbeltbeskatningsaftaler.

**Uddata**
Afstemning udbytte - total U2-skattekørsel (UD)
Oversigt over udbytteskat til KI (KI)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte /
Acontoudbytte".

## Flytning af udbytte mellem VP-konti

Transaktionen "Udbytteflytning" anvendes til flytning af bruttoudbytte mellem VP-konti.

Udbyttebeløbet skal være registreret på den afgivende VP-konto, før flytning kan ske. Der kan altså ikke
disponeres over udbyttebeløb samme dag, som udbytteberegningen finder sted.

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid
uden virkning for betalingsformidlingen. Det kontante udbytte og eventuelle ændringer i udbytteskatten
skal således afregnes manuelt.

Ved "Geninvestering af udbytte/acontoudbytte" vil udbytteflytningen ikke få indvirkning på de tildelte
investeringsforeningsandele.

## Flytning af udbytte i perioden mellem beregning og U2-skattekørsel
**Behandling i kontoførende institut**
Ændringer i tilbageholdt udbytteskat skal afregnes manuelt mellem det kontoførende og det
aktieudstedende institut.

**Behandling i VP**
Udbytteflytning opdateres on-line.

Er udbyttet i fremmed valuta, reduceres det omregnede beløb i DKK forholdsmæssigt på den afgivende
VP-konto. På den modtagne VP-konto forøges det omregnede beløb i DKK med beløbet, som blev
beregnet forholdsmæssigt på den afgivende VP-konto.



SYSTEMVEJLEDNING

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis udbytteflytning sker mellem konti med forskellige koder for udbytteerklæring og/eller koder for dobbeltbeskatning. Ændringerne dokumenteres på infoer:

| Eksempel: | |
|---|---|
| På VP-konto A er beregnet udbytte. Der er ikke REV, FRI, KAP, FOR eller dobbeltbeskatningsmarkering på kontoen | kr. 2.000,- |
| Der er derfor tilbageholdt normal udbytteskat, p.t. 28% | kr.    560,- |
| Udbyttet flyttes til VP-konto B. Kontohaver er tilmeldt dobbeltbeskatning med bopæl og skattepligt i Sverige (SE) | |
| Der skal derfor betales reduceret skat i henhold til dobbeltbeskatningsaftalen, p.t. 15% | kr.    300,- |

På uddata vises, at aktieudstedende institut skal udbetale differencen i udbytteskat (kr. 260,-) til kontoførende institut.

Tilsvarende ville flytning fra VP-konto B til VP-konto A medføre betaling af kr. 260,- fra kontoførende institut til aktieudstedende institut.


## Flytning af udbytte efter U2-skattekørsel

### Behandling i kontoførende institut

Ved flytning af udbytte efter U2-skattekørslen skal kontoførende institut afregne/tilbagesøge eventuelle ændringer i udbytteskatten direkte over for SKAT.

### Behandling i VP
Udbytteflytning opdateres on-line.

### Uddata
Udbytteflytning i perioden mellem udbytteberegning og U2-skattekørsel
Ændring af udbytteskat til udstederansvarlig (UD)
Udbytteflytning til KI (KI)

Udbytteflytning efter U2-skattekørsel
Udbytteflytning til KI (KI)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".


## Ændring af kode for anvendt udbytteerklæring

Transaktionen anvendes til at ændre kode for anvendt udbytteerklæring.

### Behandling i kontoførende institut
Transaktionen indrapporteres af det kontoførende institut i de tilfælde, hvor VP-kontoens kode for udbytteerklæring ikke har været korrekt på udbytteberegningstidspunktet. Ændringen gælder for udbytteberegningen i en enkelt ISIN.

### Eksempel
VP-kontoen er på udbytteberegningstidspunktet registreret med kode for udbytteerklæring = Blank. Ved kontrol i det kontoførende institut konstateres det, at kontoen er et kapitalpensionsdepot og derfor skulle være registreret som KAP.

 **SYSTEMVEJLEDNING**

---

Ændringen i kode for anvendt udbytteerklæring kan foretages i perioden fra udbyttets beregning og frem til U2-skattekørslen.

Hvis koden ændres fra blank til REV, FRI, KAP eller FOR eller omvendt, vil det påvirke den beregnede udbytteskat.

Regulering af skattebeløbet skal ske direkte mellem det kontoførende institut og aktieudstedende institut uden om VP.

Ved "Geninvestering af udbytte/acontoudbytte" vil ændring af kode for anvendt udbytteerklæring ikke få indvirkning på de tildelte investeringsforeningsandele.

**Bemærk**
Såfremt den ændrede kode for anvendt udbytteerklæring skal have virkning for fremtidige beregninger af udbytteskat, skal koden for udbytteerklæring ændres på VP-kontoen.

Efter U2-skattekørslen skal indberetning/tilbagesøgning eller indbetaling af udbytteskat skal ske ved direkte kontakt fra kontoførende institut til Skat.

**Behandling i VP**
Ændring af kode for anvendt udbytteerklæring opdateres on-line.

Ved opdatering ændres "Tilbageholdt udbytteskat", hvis der ændres til eller fra REV, FRI, KAP eller FOR, og der tages højde for VP-kontoens oplysninger om anvendelse af dobbeltbeskatning.

**Uddata**
Ændring af udbytteskat til udstederansvarlig (UD)
Ændring af anvendt udbytteerklæring til KI (KI)

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte /
Acontoudbytte".

## Ændring af udbytteskat

Transaktionen anvendes til korrektion i den beregnede udbytteskat.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter U2-skattekørslen har fundet sted.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos SKAT.

**Behandling i VP**
Ændring af udbytteskat opdateres on-line.

**Uddata**
Ændring af udbytteskat til KI.

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte /
Acontoudbytte".

 **SYSTEMVEJLEDNING**

## Korrektion af omregnet rente- eller bruttoudbyttebeløb

Transaktionen anvendes til at korrigere et omregnet bruttoudbyttebeløb, når den automatisk omregnede værdi i DKK ikke svarer til det faktisk udbetalte beløb.

Ved "Geninvestering af udbytte/acontoudbytte" vil korrektion af omregnet bruttoudbytte ikke få indvirkning på de tildelte investeringsforeningsandele.

### Behandling hos centraldeltager
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en værdipapirkonto.

### Behandling i VP
Det omregnede bruttoudbyttebeløb erstattes med det indrapporterede beløb. Anvendes ved eventuel skatteindberetning og vil fremgå af årsopgørelsen.

### Uddata
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se "Uddata Eksempel: Udbytte", "Eksempel: Acontoudbytte" og "Eksempel: Geninvestering af udbytte / Acontoudbytte".

## Registrering og opsamling af investorønsker

Ved geninvestering af udbytte/acontoudbytte vil tildeling af nye andele ske på baggrund af investors registrerede ønske på VP-kontoen (se "Geninvesteringsaftaler" ), eller det indrapporterede ønske til den aktuelle kørsel.

Forud for geninvestering af udbytte/acontoudbytte vil der blive oprettet en corporate action opgave, som vil indeholde de konkrete data til brug for geninvestering.

### Behandling hos centraldeltager
Det er muligt for de kontoførende institutter at registrere, hvor stor en del af nettoudbyttet investor ønsker at anvende til geninvestering, enten som en procentdel, eller en angiven mængde. Registrering kan foretages fra offentliggørelsesdatoen og indtil kørselsdatoen.

### Behandling i VP
Såfremt nettoudbyttet fra en bestemt mængde skal anvendes til geninvestering, og der ikke er fuld dækning for ønsket, vil VP foretage geninvestering for det, der er dækning for.

### Navnenotering
Ved geninvestering af udbytte/acontoudbytte vil de nye andele kun blive noteret på navn, hvis er angivet i investorønsket.

## Oversigt over registrerede investorønsker

Af hensyn til administration af investorønsker kan en oversigt over registrerede investorønsker rekvireres via transaktionen "Anmodning om udtræk af investorønsker - batch".

### Transaktioner
| | |
|---|---|
| TC20022v | Etablering af investorønske |
| TU20022v | Ændring af investorønske |
| TD20022v | Sletning af investorønske |
| TR20022v | Forespørgsel på investorønske |

 **SYSTEMVEJLEDNING**

---

TC20118v    Anmodning om udtræk af investorønsker - batch

**Uddata**
TI20261v    Etablering af investorønske
TI20262v    Ændring af investorønske
TI20263v    Sletning af investorønske

TI20264v    Oversigt over investorønsker

## Udbyttebehandling, udenlandske selskaber

En af forudsætningerne for VP-registrering af aktier er, at det alene er VP, der beregner og betalingsformidler udbyttet ud fra VP's regler.

For udenlandske selskaber kan VP tilbyde at gennemføre:
    udbytte - udenlandske selskaber (offentliggørelsestype 27)
    acontoudbytte (offentliggørelsestype 28)

I udlandet udbetales udbytte ofte på grundlag af ejerbogen. Da dette er et manuelt system, vil man ofte vælge en ex-udbyttedato en vis periode efter generalforsamlingen, når ejerbogen er ajourført. Det er aktieudstedende instituts ansvar at sikre overensstemmelse mellem ex-udbyttedagen i udlandet og udbyttekørselsdatoen respektive acontodagen i VP-systemet.

Udbetaling af udbytte på udenlandske aktier registreret i VP sker gennem VP-systemet. Beregning og betaling finder sted på grundlag af de registrerede beholdninger på ex-udbyttedagen.

VP tilbageholder for samtlige VP-konti udenlandsk udbytteskat efter selskabets hjemlands gældende satser eller en reduceret sats, som følge af indgået dobbeltbeskatningsaftale, idet der tages højde for aftalehavers/kontohavers tilmelding til dobbeltbeskatningsordning.

Handler med afviklingsdag til og med ex-udbyttedagen afvikles inkl. udbytte.

**Bemærk**
Ved behandling af udbytte i islandske selskaber finder udbytteberegningen sted dagen efter generalforsamlingsdagen, mens betalingsformidlingen af nettoudbyttet finder sted inden for en periode af op til et halvt år efter beregningen på en dato valgt af selskabet.

**Behandling hos Aktieudsteder**
Oplysninger til brug for beregning af udbytte rapporteres via vp.ONLINE til VP af det aktieudstedende institut (se afsnit Etablering af udbytteoplysninger – udenlandske selskaber).

**Behandling i VP**
For kunder med abonnement beregner VP foreløbig likviditet for udbytte i perioden mellem modtagelse af vedtaget udbyttesats til og med dagen før beregningsdagen. Fakturering sker i henhold til prisliste.

VP gennemfører udbyttekørslen efter daglig opdatering.

Der dannes dokumentation til brug for likviditetsstyring. (Se eksemplet)

**Behandling i datacentre**
Infoerne - "Start på kørsel af corporate actions" og "Slut på kørsel af corporate actions", dannes ved udbyttekørslen. Infoerne - "Start på periodisk kørsel" og "Afslutning på periodisk kørsel", dannes ved likviditetsmelding og ved betalingsformidling. Når infoerne "Slut på kørsel af corporate actions"



SYSTEMVEJLEDNING

respektive "Afslutning på periodisk kørsel" er dannet kan de relevante infoer trækkes hjem. De nævnte infoer dannes altid.

## Tidslinie for udbytte



### Udbytteberegning og betalingsformidling
Udbytte og udbytteskat beregnes på den dag som aktieselskabet har angivet som udbyttekørselsdato, datoen er som regel ex-udbyttedag. Betalingsformidlingsgrundlaget dannes, der gives likviditetsmeldinger og eventuelle oplysninger til udlevering til udenlandske skattemyndigheder dannes.

### Betalingsformidlingsgrundlaget dækningskontrolleres
På dispositionsdagen bliver betalingsformidlingsgrundlaget kontrolleret for dækning. Såfremt der er dækning, vil betalingsformidlingsgrundlaget tilgå Danmarks Nationalbank.

## Udbytteberegning
Der beregnes udbytte og udbytteskat på de VP-konti, der på beregningstidspunktet har en beholdning i den pågældende fondskode.

Efter udbytteberegningen er der registreret følgende udbytteoplysninger på VP-kontiene:
    udbyttekørselsdato
    beregnet udbytte
    tilbageholdt udenlandsk udbytteskat
    anvendte dobbeltbeskatningsoplysninger

VP bruger dataene i forbindelse med dannelse af betalingsformidlingen. Endvidere benyttes oplysningerne til årsopgørelser.

De kontoførende institutter kan forespørge på oplysningerne indtil sletning i forbindelse med årsultimo.

Udbytteskat beregnes i henhold til tilbageholdelsesprocenterne for det pågældende land. VP-kontoens kode for udbytteerklæring benyttes IKKE, men der tages højde for aftaler om undgåelse af dobbeltbeskatning.

Beregning af udbytteskatten foretages efter retningslinierne i nedennævnte tabel:

| Kontohavers | Aftalehavers aftale | Udsteders | VP beregner: | Anvendt |
|---|---|---|---|---|



**SYSTEMVEJLEDNING**

| Landekode for skat | om dobbeltbeskatning | hjemland | | dobbeltbeskat-ningskode |
|---|---|---|---|---|
| Blank/udfyldt, men ikke med DK | | | XX% udenlandsk Udbytteskat (generel sats) | 0 |
| DK | Deltager ikke i dobbeltbeskat-ningsaftalen | | | 2 |
| DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er med i dobbeltbeskat-ningsaftalen | XX% reduceret Udenlandsk Udbytteskat efter aftale | 1 |
| DK | Deltager i dobbeltbeskat-ningsaftalen | Landet er ikke med i dobbeltbeskat-ningsaftalen | XX% Udenlandsk Udbytteskat (generel sats) | 2 |

**Uddata**
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbyttemeddelelse (kontohaver, rettighedshaver)
Udbytteoversigt - betalingsformidling til KI (KI)

For yderligere beskrivelse af uddata se "



SYSTEMVEJLEDNING

---

Eksempel: Udbytte - udenlandske selskaber".

## Likviditetsstyring

**Formål**
At danne dokumentation af likviditetsvirkningen for udbytte til pengekontoførende institutter.

**Behandling i VP**
Info til brug for likviditetsstyring dannes umiddelbart før dannelse af betalingsformidlingsgrundlaget.

**Uddata**
Nettopåvirkning i likviditet pr. dispositionsdag (PK)

For yderligere beskrivelse af uddata se "

 **SYSTEMVEJLEDNING**

Eksempel: Udbytte - udenlandske selskaber".

Betalingsformidling
**Formål**
At formidle betaling mellem en deltager og den efter registeret berettiget.

**Behandling i VP**
Betalingsformidlingsgrundlaget dannes på baggrund af det beregnede udbytte minus evt. udbytteskat, som er registreret på VP-kontoen ved afviklingsdøgnets afslutning på udbyttekørselsdagen med retsvirkning straks før kl. 18.00.



1 = Betalingsformidlingsgrundlaget dannes
2 = Pengekontrol i blok 35 (provenu i DKK)
3 = Pengekontrol i blok 45 (provenu i EUR)
4 = Pengekontrol i blok 55 (provenu i SEK)
5 = Pengekontrol i blok 65 (provenu i ISL)

På dispositionsdagen foretages der pengekontrol. I pengekontrollen sker der fælles dækningskontrol af samtlige periodiske betalinger (rente, udtrukne andele, udbytte og corporate actions).

Udbytte i DKK behandles i blok 35, udbytte i EUR behandles i blok 45, udbytte i SEK behandles i blok 55 og udbytte i ISL behandles i blok 65.

I pengekontrollen kontrolleres det,
> at de samlede betalinger (netto) på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR) ikke overstiger det trækningsmaksimum, der er stillet til rådighed for periodiske betalinger.
> at (hvis primær betalingsstiller tillige har stillet et trækningsmaksimum til rådighed for et udstedende institut) primær betalingsstillers egne betalinger (netto) og udstederens betalinger (netto) ikke overstiger det samlede trækningsmaksimum, der er stillet til rådighed på den angivne pengekonto i Danmarks Nationalbank eller i Den Europæiske Centralbank (EUR).

Betalingerne bliver gennemført, hvis der er dækning for samtlige betalinger.

Såfremt der ikke er dækning, kan betalingen ikke gennemføres. Procedure for tilbagekaldelse af udbytte tages i brug, se afsnit Procedure for tilbagekaldelse af udbytte.
Bruttoudbyttebeløb i fremmed valuta omregnes til DKK.



SYSTEMVEJLEDNING

**Behandling hos primær betalingsstiller**
For at betaling af udbytte i DKK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 35) have stillet et periodisk specifikt trækningsmaksimum i DKK til rådighed for det udstedende institut, svarende til de periodiske betalinger i DKK.

For at betaling af udbytte i EUR kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 45) have stillet et periodisk specifikt trækningsmaksimum i EUR til rådighed for det udstedende institut, svarende til de periodiske betalinger i EUR.

For at betaling af udbytte i SEK kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 55) have stillet et periodisk specifikt trækningsmaksimum i SEK til rådighed for det udstedende institut, svarende til de periodiske betalinger i SEK.

For at betaling af udbytte i ISL kan gennemføres, skal primær betalingsstiller senest på dispositionsdagen (se Danmarks Nationalbanks tidsfrist for indbetaling til blok 65) have stillet et periodisk specifikt trækningsmaksimum i ISL til rådighed for det udstedende institut, svarende til de periodiske betalinger i ISL.

De samlede betalinger posteres på berettigede pengekontoføreres afkast/afregningskonti. Primær betalingsstiller kan yderligere modtage betalinger på vegne af pengekontoførere.

Provenuet posteres på de berettigedes pengekonti ud fra bogføringsgrundlaget fra betalingsformidlingen.

**Uddata**
Posteringsgrundlag pr. værdipapirkonto pr. pengekonto pr. handelsprodukt (PK)
Posteringsgrundlag pr. debetkonto (PK)
Posteringsgrundlag pr. afkast / afregningskonto(PK)
Afstemningsoplysninger, periodiske betalinger (UD)

**På dispositionsdagen dannes følgende uddata**
Bogføringsposter fra en afviklingskørsel – kopi (BS)
Omregnede rentebeløb og bruttoudbytte til basisvaluta (KI ), (PK)

For yderligere beskrivelse af uddata se "

**SYSTEMVEJLEDNING**

---

Eksempel: Udbytte - udenlandske selskaber".


## Dannelse af oplysninger til udlevering til udenlandske skattemyndigheder

Samtidig med betalingsformidlingen danner VP oplysninger om de VP-kontohavere, der har fået tilbageholdt udenlandsk udbytteskat efter en dobbeltbeskatningsaftale.

Oplysningerne udleveres på forlangende til skattemyndighederne i selskabets hjemland. Der udleveres oplysninger om samtlige VP-kontohavere, der i en udbyttekørsel har fået tilbageholdt udbytteskat efter en dobbeltbeskatningsaftale.

Oplysningerne udleveres til de udenlandske skattemyndigheder af VP, men på vegne af de kontoførende institutter.

Kontoførende institut kan på Afstemning udbytte - total udenlandsk ved beregning se hvilke VP-kontohavere, der er dannet oplysninger om.


## Flytning af udbytte mellem VP-konti

Transaktionen "Udbytteflytning" anvendes til flytning af bruttoudbytte mellem VP-konti.

Udbytteflytning kan foretages indtil udgangen af det kalenderår, hvori udbyttet er beregnet, dog altid uden virkning for betalingsformidlingen.

Ved flytning af udbytte skal de involverede kontoførende institutter afregne udbyttet manuelt.

Kontoførende institut skal selv foretage afregning/tilbagesøgning af eventuelle reguleringer i udbytteskatten over for de udenlandske skattemyndigheder.

**Behandling i VP**
Udbytteflytning opdateres on-line.

Er udbyttet i fremmed valuta, reduceres det omregnede beløb i DKK forholdsmæssigt på den afgivende VP-konto. På den modtagende VP-konto forøges det omregnede beløb i DKK med beløbet, som blev beregnet forholdsmæssigt på den afgivende VP-konto.

Ved opdateringen ændres "Tilbageholdt udbytteskat", idet der tages højde for kontoens oplysninger om dobbeltbeskatning. Ændringerne dokumenteres på infoer.

**Uddata**
Udbytteflytning til KI (KI)
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se "



SYSTEMVEJLEDNING

Eksempel: Udbytte - udenlandske selskaber".

## Korrektion af omregnet rente- eller bruttoudbyttebeløb

Transaktionen anvendes til at korrigere et omregnet bruttoudbyttebeløb, når den automatisk omregnede værdi i DKK ikke svarer til det faktisk udbetalte beløb.

**Behandling hos centraldeltager**
Det kontoførende institut og det pengekontoførende institut kan korrigere det omregnede beløb på en værdipapirkonto.

**Behandling i VP**
Det omregnede bruttoudbyttebeløb erstattes med det indrapporterede beløb. Anvendes ved eventuel skatteindberetning og vil fremgå af årsopgørelsen.

**Uddata**
Korrektion af rente og bruttoudbytte (KI), (PK)

For yderligere beskrivelse af uddata se "



SYSTEMVEJLEDNING

---

Eksempel: Udbytte - udenlandske selskaber".

## Ændring af udbytteskat

Transaktionen anvendes til korrektion i den beregnede udbytteskat, hvor udbytte stammer fra ISINs udstedt af udenlandske selskaber.

**Behandling i kontoførende institut**
Transaktionen indrapporteres af det kontoførende institut og kan anvendes, efter dispositionsdagen.

Ændringer i udbytteskatten kan foretages indtil sidste bankdag i året og vil fremgå af årsopgørelserne.

Det kontoførende institut er ansvarlig for at indberette henholdsvis tilbagesøge udbytteskatten hos Skat.

**Behandling i VP**
Ændring af udbytteskat opdateres on-line.

**Uddata**
Ændring af udbytteskat til KI.

For yderligere beskrivelse af uddata se "Uddata
Eksempel: Udbytte".

## Procedure for tilbagekaldelse af udbytte

Proceduren gælder både danske aktieselskaber, danske investeringsforeninger og udenlandske selskaber.

For udbytte, der er deklareret, men hvor udbyttekørslen endnu ikke er afviklet, kan udbyttesatsen nulstilles, og betalingen gennemføres ikke.

Der er ikke udviklet funktionalitet til tilbagekaldelse af udbytte, efter at betalingsformidlingsgrundlaget er dannet. Skulle en sådan situation indtræffe, vil den blive behandlet individuelt.

Udbyttebetalingen er uigenkaldelig over for investorerne, når pengekontrollen er kørt.

## Teknisk udbytte (teknisk udlodning)

**Teknisk udbytte**
Udenlandske investeringsforeninger har nu mulighed for at køre et 100% teknisk udbytte, dvs. udbyttet beregnes på den dag som investeringsforeningen har angivet som udbyttekørselsdato.
Beregningsgrundlaget dannes ud fra aktuel beholdning. Der foretages ingen udbetaling til den enkelte investor. Der foretages ingen beregning af udbytteskat, og der bliver ikke sendt udbyttemeddelelse til investorerne.
VP indberetter oplysningerne til SKAT.

**Teknisk udbytte på en tidligere gemt beholdning**
Investeringsforeningen har mulighed for at få teknisk udbytte beregnet på beholdninger, der tidligere er gemt. I visse situationer er der behov for at gemme en kopi af beholdningerne pr. en given dato til senere håndtering af Teknisk udbytte. Investeringsforeningen skal angive datoen hvor beholdningerne skal gemmes senest 3 dage før.
Principperne er de samme som for Teknisk udbytte,



SYSTEMVEJLEDNING

---

**Behandling hos den udstedelsesansvarlige**
Udstedende institut skal indsende blanket som findes i "Blanketter til vejledninger""19.S Etablering af teknisk udbytteoplysninger - udenlandske investeringsforeninger".

**Behandling i VP - teknisk udbytte**
Kørsel som danner beregningsgrundlaget ud fra aktuel beholdning

**Uddata**
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbytteoversigt – betalingsformidling (KI)

**Behandling i VP - teknisk udbytte på en tidligere gemt beholdning**
Kørsel 1. VP tager kopi på snapshotkørselsdagen efter daglig opdatering på baggrund af den enkelte VP-konto's beholdning før skift af afviklingsdøgn.
TI20056v Beholdning der gemmes til behandling på et senere tidspunkt.

**Uddata**
Fra kørsel 1:
Snapshot af beholdning (KI)

Fra kørsel 2:
Afstemning udbytte - total udenlandsk ved beregning (UD)
Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver)
Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver)
Udbytteoversigt – betalingsformidling (KI)

## Uddata

### Eksempel: Udbytte

Offentliggørelsestype 26

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - Adresseoplysninger (kontohaver, rettighedshaver) |
| TI20312v | Udbyttemeddelelse - Betalingsoplysninger (kontohaver, rettighedshaver) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |
| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |



SYSTEMVEJLEDNING

| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
|----------|-----------------------------------------------------|
|          |                                                     |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| TI20108v | Omregnede rente og bruttoudbytte til basisvaluta (KI og PK) |
|          |                                                     |
| **Perioden mellem udbytteberegning og U2-skattekørsel** | |
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Udbytteflytning til KI (KI) |
|          |                                                     |
| **U2-skattekørsel** | |
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |
|          |                                                     |
| **Perioden mellem U2-skattekørsel og årsultimo** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |
| TI20128v | Korrektion af rente og bruttoudbytte til basisvaluta (KI og PK) |

**SYSTEMVEJLEDNING**

---

### Eksempel: Udbytte - udenlandske selskaber

Offentliggørelsestype 27

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen (beregningsdagen)** | |
| TI20327v | Afstemning udbytte - total udenlandsk ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver) |
| TI20312v | Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |
| TI20316v | Udbytteoversigt – betalingsformidling til KI (KI) |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| TI20108v | Omregnede rente og bruttoudbytte til basisvaluta (KI og PK) |
| | |
| **Perioden mellem betalingsformidling og ultimo år** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |
| TI20128v | Korrektion af rente og bruttoudbytte (KI og PK) |

### Eksempel: Acontoudbytte

Offentliggørelsestype 28

| Offentliggørelsesdagen | |
|---|---|
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Kunder med abonnement** | |
| TI20379v | Foreløbig likviditet udbytte |
| | |
| **Kørselsdagen** | |
| TI20325v | Afstemning udbytte - total ved beregning (UD) |
| TI20310v | Udbyttemeddelelse - Adresseoplysninger (kontohaver, rettighedshaver) |
| TI20312v | Udbyttemeddelelse - Betalingsoplysninger (kontohaver, rettighedshaver) |
| TI20315v | Papiroplysninger udbytte ved beregning (KI) |



SYSTEMVEJLEDNING

| TI20316v | Udbytteoversigt - betalingsformidling til KI (KI) |
| --- | --- |
| | |
| **Dan likviditet** | |
| TI20182v | Nettopåvirkning i likviditet pr. afviklingskørsel (PK), (AH) |
| | |
| **Dan betalingsformidling** | |
| TI20138v | Posteringsgrundlag pr. værdipapirkonto pr. pengekontofører (PK) |
| TI20197v | Posteringsgrundlag pr. pengekonto (PK) |
| TI20198v | Posteringsgrundlag pr. afkast/afregningskonto (PK) |
| TI20106v | Afstemningsoplysninger, periodiske betalinger (UD) |
| | |
| **Pengekontrollen** | |
| TI20034v | Bogføringsposter fra en afviklingskørsel – kopi (BS) |
| TI20108v | Omregnede rente og bruttoudbytte til basisvaluta (KI og PK) |
| | |
| **Perioden mellem udbytteberegning og U2-skattekørsel** | |
| TI20328v | Ændring af udbytteskat til udstederansvarlig (UD) |
| TI20322v | Ændring af anvendt udbytteerklæring til KI (KI) |
| TI20323v | Udbytteflytning til KI (KI) |
| | |
| **U2-skattekørsel** | |
| TI20331v | Afstemning udbytte - total U2-skattekørsel (UD) |
| TI20332v | Papiroplysninger udbytte ved U2-skattekørsel (KI) |
| TI20321v | Oversigt over udbytteskat til KI (KI) |
| | |
| **Perioden mellem U2-skattekørsel og årsultimo** | |
| TI20323v | Udbytteflytning til KI (KI) |
| TI20324v | Ændring af udbytteskat til KI |
| TI20128v | Korrektion af rente og bruttoudbytte til basisvaluta (KI og PK) |

## Eksempel: Geninvestering af udbytte / Acontoudbytte
Offentliggørelsestype 29 og 30

| **Offentliggørelsesdagen** | |
| --- | --- |
| TI20272v | Offentliggørelse af corporate actions - Papiroplysninger (DC) |
| TI20274v | Offentliggørelse af corporate actions - Kursoplysninger (DC) |
| TI20279v | Offentliggørelse af corporate actions - Udbytteoplysninger (DC) |
| | |
| **Ved rekvisition** | |
| TI20334v | Geninvestering af udbytte - foreløbig likviditetsbehov (UD) |
| | |
| **Kørselsdagen (beregningsdagen)** | |
| TI20335v | Afstemning geninvestering af udbytte - total ved beregning (UD) |
| TI20290v | Hovedbogsoplysninger - aktier (UD) |
| TI20280v | Ændringsmeddelelse - Adresseoplysninger (kontohaver, rettighedshaver) |
| TI20311v | Ændringsmeddelelse betalingsoplysninger - geninvestering af udbytte |
| TI20282v | Ændringsmeddelelse beholdningsoplysninger aktier (kontohaver, rettighedshaver) |
| TI20310v | Udbyttemeddelelse - adresseoplysninger (kontohaver, rettighedshaver) *) |
| TI20312v | Udbyttemeddelelse - betalingsoplysninger (kontohaver, rettighedshaver) *) |
| TI20289v | Status på beholdning efter en afvikling af en corporate actions (KI) |
| TI20286v | Advisering til kontofører – beholdningsoplysninger aktier (KI) |