# Exhibit 9, Part 1



**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

## Opal Capital

4th Floor, Harbour Place, 103 South Church Street,, P.O.
Box 10240, Grand Cayman KY1-1002, Cayman Islands

# Quarter 1 - 2015

Invoice Breakdown - OPC01/Q1/2015

Clearing and Custody Fee                                        EUR 20,000.00

**Total Amount Due**                                           **EUR 20,000.00**

Please see the below payment
instructions:

Barclays Bank Plc,

260/262 Chingford Mount Road,

South Chingford,

London,

E4 8JN

| | |
|---|---|
| Currency: | EUR |
| Account No: | 77893744 |
| Sort Code: | 20-76-90 |
| IBAN: | GB05 BARC 2076 9077 8937 44 |
| BIC Code: | BARCGB22 |

*PLEASE NOTE: If you would like to pay this invoice in a currency other than Euro please contact Telesto
Markets LLP to receive USD or GBP account details. If a different currency is paid into any of the accounts,
you will be held liable to pay the difference.*

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the
Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825


**TELESTO**

27 Old Gloucester Street,
London
WC1N 3AX

## Trade Breakdown

## Denmark

## Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 686,764 | 221,481,390.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 706,429 | 227,823,352.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 249,470 | 80,454,075.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 683,931 | 220,567,747.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 685,710 | 221,141,475.00 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 802,417 | 258,779,482.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 265,254 | 85,544,415.00 | 25 February 2015 | 02 March 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



# TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NZYMB | NOVOZYMES A/S-B | ARF01 | DKK | 322.5000 | 781,477 | 252,026,332.50 | 25 February 2015 | 02 March 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | MAK01 | DKK | 322.5000 | 758,403 | 244,584,967.50 | 25 February 2015 | 02 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,969,961 | 160,377,894.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | ARF01 | DKK | 54.0000 | 2,886,717 | 155,882,718.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 907,593 | 49,010,022.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | ARF01 | DKK | 54.0000 | 2,879,479 | 155,491,866.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | MAK01 | DKK | 54.0000 | 2,894,913 | 156,325,302.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | ARF01 | DKK | 54.0000 | 3,049,147 | 164,653,938.00 | 05 March 2015 | 10 March 2015 |
| Sell | TDC | TDC A/S | ARF01 | DKK | 54.0000 | 3,293,727 | 177,861,258.00 | 05 March 2015 | 10 March 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



27 Old Gloucester Street,<br>
London<br>
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 793,958 | 174,035,593.60 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 685,834 | 150,334,812.80 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 678,900 | 148,814,880.00 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 693,883 | 152,099,153.60 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | MAK01 | DKK | 219.2000 | 4,618 | 1,012,265.60 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 760,195 | 166,634,744.00 | 12 March 2015 | 17 March 2015 |
| Sell | DSV | DSV A/S | ARF01 | DKK | 219.2000 | 694,634 | 152,263,772.80 | 12 March 2015 | 17 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 427,098 | 262,451,721.00 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 2,923,778 | 512,538,283.40 | 18 March 2015 | 23 March 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 3,153,274 | 552,768,932.20 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 3,191,489 | 563,374,056.30 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 22,282 | 563,374,056.30 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 1,233,544 | 216,240,263.20 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 402,714 | 247,467,753.00 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 88,535 | 574,988,207.20 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | ARF01 | DKK | 175.3000 | 3,191,489 | 574,988,207.20 | 18 March 2015 | 23 March 2015 |
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 3,100,807 | 543,571,467.10 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 400,364 | 246,023,678.00 | 18 March 2015 | 23 March 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



## TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | DANSKE | Danske Bank A/S | MAK01 | DKK | 175.3000 | 2,906,712 | 509,546,613.60 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 434,324 | 266,892,098.00 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | MAK01 | DKK | 614.5000 | 169,908 | 104,408,466.00 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | ARF01 | DKK | 614.5000 | 451,783 | 277,620,653.50 | 18 March 2015 | 23 March 2015 |
| Sell | PNDORA | PANDORA A/S | ARF01 | DKK | 614.5000 | 442,657 | 272,012,726.50 | 18 March 2015 | 23 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 1,952,664,066.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 1,952,664,066.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 264,594 | 1,952,664,066.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 1,952,664,066.60 | 19 March 2015 | 24 March 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825



TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 1,952,664,066.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 1,952,664,066.60 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 274,703 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | ARF01 | DKK | 341.9000 | 1,089,324 | 2,328,560,209.30 | 19 March 2015 | 24 March 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

ELYSIUM-04121825