# Exhibit 43

Robert Klugman - January 28, 2021

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              CASE NO.  18-MD-2865 (LAK)

 3     _____
                                               )
 4     IN RE:                                  )
                                               )
 5     CUSTOMS AND TAX ADMINISTRATION OF       )
       THE KINGDOM OF DENMARK                  )
 6     (SKATTEFORVALTNINGEN) TAX REFUND        )
       SCHEME LITIGATION                       )
 7                                             )
       This document relates to case nos.      )
 8     19-cv-01783; 19-cv-01788; 19-cv-01794;  )
       19-cv-01798; 19-cv-01918                )
 9     _____)

10

11

12

13

14       REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                     EXAMINATION OF

16                     ROBERT KLUGMAN

17                  DATE: January 28, 2021

18

19

20

21

22

23

24

25           REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Robert Klugman - January 28, 2021

Page 13

1     R O B E R T  K L U G M A N,
2          called as a witness, having been first
3     duly sworn according to law, testifies as follows:
4
5
6     EXAMINATION BY MR. MAGUIRE:
7          Q    Good morning, Mr. Klugman?
8          A    Good morning.
9          Q    So I'm Bill Maguire and I represent
10    the plaintiff who I'm going to call SKAT.
11    And I will ask you questions today.
12              We need a clear record, so could I
13    ask you, please, if there's any question that
14    I ask you that you don't understand, please
15    let me know and give me a chance to fix the
16    question.
17         A    Okay.  Just one question before we
18    start.  Your audio is a little -- I don't
19    know if I'm the only person to hear the
20    audio.
21              It's a little fuzzy compared to the
22    other two previous speakers.
23         Q    I will move a little closer.
24              Is that a little better?
25         A    A little better, yes.

```
1     going forward.
2          Q    So that was just after -- same
3     month, but later in the month, as the first
4     trades that were done in early August.
5               Was there any discussion about
6     those trades?
7          A    Not that I recall.  It's certainly
8     possible that that would have been covered.
9          Q    And what do you recall about that,
10    the discussion of trades going forward?
11         A    I don't remember specifically.  It
12    was just, I think, we -- we may have
13    confirmed that the profit split.  But other
14    than that, I don't really recall anything
15    specifically.
16         Q    And what was the profit split?
17         A    That he was going to get 75 percent
18    of the reclaims.
19         Q    And then the remaining 25 percent
20    would be split among the other participants?
21         A    Yes.
22         Q    Was there any discussion of the
23    expectation of the return, what the hundred
24    percent, what that would be?
25         A    I don't recall that overall level
```