# Exhibit 13

# OPUS2

Skatteforvaltningen v Solo Capital Partners LLP & Others

Day 19MT

May 23, 2024

Opus 2 - Official Court Reporters

Phone: 020 3008 6619
Email: transcripts@opus2.com
Website: https://www.opus2.com

**Page 13**

```
 1      recall that they had their own personal pension plans
 2      that had been in existence for years.  It could be the
 3      case that they didn't use those for this trading.
 4   Q. They may well have had, but they didn't use it for this
 5      trading, as you say.  Many of the Argre plans, the
 6      original Argre plans, had no money in their Solo
 7      accounts when they began GSS trading; do you recall
 8      that?
 9   A. Yes, I would agree with that.
10   Q. Yes.  And the fact that they didn't have any money in
11      their Solo cash accounts when they started trading
12      wasn't a problem because of course the GSS Model didn't
13      require the US pension plans to have any cash at all in
14      order for them to trade, correct?
15   A. Yes, that's correct.
16   Q. Can I just ask you this: by 2012, you had been engaged
17      in cum—ex trading with Argre for a number of years
18      including in relation to the Broadgate transaction,
19      correct?
20   A. Yes, correct.
21   Q. And you had obviously built a relationship of trust with
22      them, correct?
23   A. Yes, correct.
24   Q. And they had invested substantial capital in both the
25      Broadgate and Ezra transactions as well, correct?
```

**Page 14**

```
 1   A. Yes.  So I did mention that I don't recollect at the
 2      time —— sorry, I don't recollect the Ezra trade, but
 3      I was reminded about that a couple of days ago.  So yes,
 4      I agree with you.
 5   Q. Would you have explained to Argre, and I suggest you
 6      must have, that under the GSS Trading Model it would not
 7      be necessary for them to invest capital?
 8   A. Yes, and specifically the explanation would have been
 9      that they would have been able to —— that the pension
10      plans would have lent their shares out in order to raise
11      the cash needed to pay for the shares, so that was the
12      reason for no requirement for external money.
13   Q. And they would also have understood that no external
14      leverage and financing would be required because the GSS
15      Trading Model didn't involve any external movements of
16      shares as the trade would all be internally settled to
17      zero within Solo, correct?
18   A. I don't recall explaining that to them, no.  I explained
19      to them the activities of the pension plan from the
20      pension plan's perspective.
21   Q. But they must have been interested to understand how it
22      was that no external leverage or financing would be
23      required?
24   A. I don't remember any specific conversation about that.
25      I explained or we explained the fact pattern to them
```

**Page 15**

```
 1      from the perspective of the pension plan and they seemed
 2      to be satisfied with that.  They were aware that Solo
 3      was acting as a custodian and clearer and therefore
 4      naturally Solo would be responsible for settlements.
 5   Q. Mr Shah, I'm trying, I really am, I'm not just being
 6      difficult about this —— why would they have been willing
 7      to participate in a scheme where they couldn't possibly
 8      have understood why it was that they didn't need to
 9      obtain any funding unless you explained to them that
10      effectively there was going to be a loop which meant
11      that ultimately everything would be zero settled?
12   A. No, I didn't explain to them the loop.  The loop is
13      quite a recent concept for me and it was necessary for
14      them to understand that they were lending the shares out
15      in order to raise cash to purchase the shares.  I think
16      that is all they needed to know.  They seemed to be
17      happy with that.  I don't have any recollection of any
18      hesitancy on their side.  As well as that, they were
19      also quite resourceful in terms of getting their own
20      advice and they were —— if needed, they were able to
21      fund these accounts.  But we told them that on this
22      occasion they didn't need to do that.
23   Q. So what it seems you are saying, Mr Shah, is that you
24      withheld even from your trusted investor the fact that
25      the GSS Trading Model did not involve any external
```

**Page 16**

```
 1      movement of shares?
 2   A. Solo was talking —— I was talking and Solo was talking
 3      to Argre in the context of providing services to
 4      a client.  Our conversation was limited to providing
 5      those services.  The activities beyond their involvement
 6      was not of their concern and it was in fact
 7      confidential.  So it is not normal for a prime broker or
 8      a custodian to discuss the business of other clients
 9      with each other.
10   Q. Mr Shah, these people, you told me, were people you
11      trusted.  You had done other transactions with them.
12      But you were still not willing to tell them the truth
13      about exactly what it is your scheme involved, correct?
14   A. No, that's not correct.  No, that's not correct.
15   Q. You didn't tell them the truth about what your scheme
16      involved.  You withheld key aspects of that scheme from
17      them?
18   A. No, that is not correct.  We gave them the information
19      that they needed and they decided to participate.
20   Q. So you gave them half the story because you were not
21      willing to give them the whole story?
22   A. I wouldn't say half the story.  I would say even less
23      than that, probably an eighth of the story, yes.
24   Q. Right.  Well, I'm happy to go with that.  Can I move on
25      to the Zeta plans, then, Mr Shah and for this purpose
```

Confidential