# Exhibit 15

**Veillette, Rebecca**

| | |
|---|---|
| **From:** | Adam@MillRiverCapital.com |
| **Sent:** | Tuesday, June 04, 2013 8:41 AM |
| **To:** | Wells, Peter; Ben-Jacob, Michael |
| **Cc:** | Jérôme LHOTE (jlhote@argremgt.com) |
| **Subject:** | FW: MIL01 Balances 2012 |

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question. Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,


Adam La Rosa
Trustee
Mill River Capital Management Pension Plan
e-mail: adam@MillRiverCapital.com

*[handwritten: Quartet Investment Partners LLC ✓]*
*[handwritten: Adam LaRosa ✓]*
*[handwritten: Mill River Capital Management LLC Trust ✓]*
*[handwritten: Mill River General Partnership]*

| | |
|---|---|
| **From:** | Custody [mailto:Custody@solo.com] |
| **Sent:** | Thursday, May 23, 2013 10:41 AM |
| **To:** | Adam@MillRiverCapital.com |
| **Cc:** | Custody |
| **Subject:** | MIL01 Balances 2012 |

| | | | Entries | Balance |
|---|---|---|---|---|
| MIL | 22/10/2012 | Withholding Tax refund - Denmark TDC A/S | 492,283.27 | 492,283.27 |
| MIL | 24/10/2012 | Cash Transfer | -379,053.00 | 113,230.27 |
| MIL | 25/10/2012 | Withholding Tax refund - Denmark TDC A/S | 1,271.82 | 114,502.09 |
| MIL | 01/11/2012 | Cash Transfer | -69,820.58 | 44,681.51 |
| MIL | 20/11/2012 | Cash Transfer | -39292.73 | 5,388.78 |
| MIL | 13/12/2012 | October Invoice Paid | -1,244.00 | 4,144.78 |
| MIL | 13/12/2012 | November Invoice & Brokerage Paid | -4,144.78 | 0.00 |
| | | | | 0.00 |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

CONFIDENTIAL

WH_MDL_00336300

**Wells, Peter**

| | |
|---|---|
| **From:** | Adam@LionAdvisory.com |
| **Sent:** | Tuesday, June 04, 2013 8:40 AM |
| **To:** | Wells, Peter; Ben-Jacob, Michael |
| **Cc:** | Jérôme LHOTE (jlhote@argremgt.com) |
| **Subject:** | FW: LIO01 Balances 2012 |
| | |
| **Categories:** | RETAIN |

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question.  Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Authorized Representative
Lion Advisory Inc. Pension Plan
e-mail: adam@LionAdvisory.com

*Lion Advisory Inc Trust*
*Adam LaRose* ✓
*Quartet Investments Partners LLC* ✓
*Lion Advisory General Partnership*

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:39 AM
**To:** Adam@LionAdvisory.com
**Cc:** Custody
**Subject:** LIO01 Balances 2012

| | | | Entries | Balance |
|---|---|---|---:|---:|
| LIO | 22/10/2012 | Withholding Tax refund - Denmark TDC A/S | 616,943.86 | 616,943.86 |
| LIO | 24/10/2012 | Cash Transfer | -461,316.00 | 155,627.86 |
| LIO | 01/11/2012 | Cash Transfer | -110,152.42 | 45,475.44 |
| LIO | 15/11/2012 | Cash Transfer | -39,370.08 | 6,105.36 |
| LIO | 13/12/2012 | October Invoice Paid | -1,244.00 | 4,861.36 |
| LIO | 13/12/2012 | November Invoice & Brokerage Paid | -4,616.09 | 245.27 |
| | | | | 245.27 |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

CONFIDENTIAL

WH_MDL_00336301

**Veillette, Rebecca**

| | |
|---|---|
| **From:** | Adam@CaliforniaCatCo.com |
| **Sent:** | Tuesday, June 04, 2013 8:38 AM |
| **To:** | Wells, Peter; Ben-Jacob, Michael |
| **Cc:** | Jérôme LHOTE (jlhote@argremgt.com) |
| **Subject:** | FW: CAL01 Balances 2012 |

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question. Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Authorized Representative
California Catalog Company Pension Plan
e-mail: adam@CaliforniaCatCo.com

*California Catalog Company, LLC Trust*
*Adam La Rosa* ✓

*Quartet Investment Partners LLC* ✓
*↳ California Catalog General Partnership*

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:38 AM
**To:** Adam@CaliforniaCatCo.com
**Cc:** Custody
**Subject:** CAL01 Balances 2012

*Q- Managoo-*
*Manager Sign Matt*

| | | | Entries | Balance |
|---|---|---|---|---|
| CAL | 05/10/2012 Withholding Tax refund - Denmark TDC A/S | | 453,724.17 | 453,724.17 |
| CAL | 24/10/2012 Cash Transfer | | -352,498.00 | 101,226.17 |
| CAL | 01/11/2012 Cash Transfer | | -56,800.96 | 44,425.21 |
| CAL | 13/12/2012 October Invoice Paid | | -1,244.00 | 43,181.21 |
| CAL | 13/12/2012 November Invoice & Brokerage Paid | | -4,517.42 | 38,663.79 |
| | | | | 38,663.79 |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

IMPORTANT - PLEASE NOTE: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.

1

WH_MDL_00336302

**Veillette, Rebecca**

| | |
|---|---|
| **From:** | adam@delvianp.com |
| **Sent:** | Tuesday, June 04, 2013 8:39 AM |
| **To:** | Wells, Peter; Ben-Jacob, Michael |
| **Cc:** | Jérôme  LHOTE (jlhote@argremgt.com) |
| **Subject:** | FW: DEL01 2012 Balances |

Peter/Michael,

Not sure if you got these as I sent them while traveling so they may not have gone through – but here are the actual cash balances for 2012.

Please let me know if you have any question.  Considering we'll need multiple signatures let's try to get these FBARs down by next week.

Best,

Adam La Rosa
Authorized Representative
Delvian LLC Pension Plan
e-mail: adam@Delvianp.com

*[handwritten: Delvian LLC Pension Plan Trust / Adam LaRosa ✓ / Quartet Investments Partners LLC / Delvian General Partnership]*

**From:** Custody [mailto:Custody@solo.com]
**Sent:** Thursday, May 23, 2013 10:38 AM
**To:** adam@delvianp.com
**Cc:** Custody
**Subject:** DEL01 2012 Balances

| | | Entries | Balance |
|---|---|---|---|
| DEL | 22/10/2012 Withholding Tax refund - Denmark TDC A/S | 534,684.68 | 534,684.68 |
| DEL | 24/10/2012 Cash Transfer | -406,474.00 | 128,210.68 |
| DEL | 01/11/2012 Cash Transfer | -83,264.53 | 44,946.15 |
| DEL | 20/11/2012 Cash Transfer | -39,292.73 | 5,653.42 |
| DEL | 13/12/2012 October Invoice Paid | -1,244.00 | 4,409.42 |
| DEL | 13/12/2012 November Invoice & Brokerage Paid | -4,409.42 | 0.00 |
| | | | 0.00 |

**Solo Capital Partners LLP**
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4940
F: +44 (0)207 628 0143
custody@solo.com
www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom.

1

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL

WH_MDL_00336304

**Veillette, Rebecca**

| | |
|---|---|
| **From:** | Wells, Peter |
| **Sent:** | Wednesday, June 12, 2013 6:01 PM |
| **To:** | 'John H. van Merkensteijn, III'; Matthew Stein; 'Adam Larosa'; Jérôme  LHOTE; Richard Markowitz |
| **Cc:** | Ben-Jacob, Michael; Veillette, Rebecca; 'rcarlen@mgirepetti.com' |
| **Subject:** | FBARs |
| | |
| **Categories:** | RETAIN |

All:

Further to our various discussions we are working on the FBARs for the group. We expect to have the FBARs ready for circulation on Monday.

In addition, as Adam and I just discussed, we will need to obtain EINs for the various general partnerships as EINs are necessary for the FBAR filings with respect to those entities. We will move that forward and get the necessary EINs.

As you recall, the General Partnerships that were formed effective last year are as follows:     12:30 - 200

- Rajan Investments General Partnership  — Quartet  RAJAN Investment Trust
- Raubritter General Partnership  - Quartet
- Free Street General Partnership  - Trio Investment
- Pension and Retirement Plan Investments General Partnership  OT21AC UC
- Lion Advisory General Partnership  - Quartet
- California Catalog General Partnership  -Quartet
- Delvian General Partnership  - Quartet
- Mill River General Partnership  - Quartet

GP + UC File Separate

In addition, these general partnerships will need to file income tax returns to the extent they required to file in a given. We will need to determine whether the partnerships needed to have filed returns for 2012 — and if so we will then coordinate having those returns filed. I have cc'd Ron Carlen on this email so that he is aware of the existence of these partnerships.

Let me know if you have any questions.

- Carrick
- Bowline
- Clove Hitch

Non - Client Returns

Regards,
Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
\*

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

1

CONFIDENTIAL